UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| RYAN KLAASSEN; JAIME CARINI; D. J. B; ASHLEE MORRIS; SETH CROWDER; MACEY POLICKA; MARGARET ROTH; and NATALIE SPERAZZA, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO.: 1:21-CV-238-HAB |
| TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to 28 U.S.C. § 455, the undersigned recuses herself from this case. Pursuant to 28 U.S.C. § 137 and Local Rule 40-1(f)(2)(A), Chief Judge Jon E. DeGuilio will re-assign this matter to another Article III Judge for all further proceedings.

SO ORDERED on June 22, 2021.

s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT