United States District Court
Northern District of Indiana

| | |
|---|---|
| **Ryan Klaassen, Jaime Carini, D.J.B.**, by and through his next friend and father, Daniel G. Baumgartner**, Ashlee Morris, Seth Crowder, Macey Policka, Margaret Roth,** and **Natalie Sperazza**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**The Trustees of Indiana University**,<br><br>*Defendant*. | Civ. No.   1:21-cv-238-DRL-SLC |

## Plaintiffs' Motion for Substitution of Party

Pursuant to Federal Rule of Civil Procedure 25(c), Plaintiffs moves that Plaintiff Daniel J. Baumgarnter should be substituted as a Plaintiff to take the place of D.J.B., by and through his next friend and father, Daniel G. Baumgartner. Daniel J. Baumgartner is now of majority age and so the interest in this action has transferred to him from his father.

The parties have conferred on this motion, and Defendant does not oppose this motion. Substituted Party Daniel J. Baumgartner has attached hereto a Verification to the Complaint (ECF No. 1) in his own name.

**WHEREFORE**, Plaintiffs pray this Court to grant Plaintiffs' Motion for Substitution of Party by ordering Daniel J. Baumgartner be substituted for D.J.B., by and through his next friend and father, Daniel G. Baumgartner.

**Pls.' Mot. for Subst. of Party**                                                                1

Dated: July 11, 2021

Respectfully Submitted,

/s/ James Bopp, Jr.
James Bopp, Jr., Ind. Bar No. 2838-84
Richard E. Coleson, Ind. Bar No. 11527-70
Courtney Milbank, Ind. Bar No. 32178-29
Melena S. Siebert, Ind. Bar No. 35061-15
THE BOPP LAW FIRM
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
jboppjr@aol.com
rcoleson@bopplaw.com
cmilbank@bopplaw.com
msiebert@bopplaw.com
*Counsel for Plaintiffs*