United States District Court
Northern District of Indiana

| | |
|---|---|
| **Ryan Klaassen, Jaime Carini, D.J.B.**, by and though his next friend and father, Daniel G. Baumgartner**, Ashlee Morris, Seth Crowder, Macey Policka, Margaret Roth,**  and **Natalie Sperazza**, <br><br>  *Plaintiffs*, <br> v. <br><br> **The Trustees of Indiana University**, <br>  *Defendants*. | Civ. No.   1:21-cv-238-DRL-SLC |

## Plaintiffs' Exhibit Index for Preliminary Injunction Hearing

**Excerpts from Plaintiffs' Testimony**

Exhibit 200 Jaime Carini Deposition Excerpts
Exhibit 201 Ryan Klaassen Deposition Excerpts
Exhibit 202 Macey Policka Deposition Excerpts
Exhibit 203 Margaret Roth Deposition Excerpts
Exhibit 204 Natalie Sperazza Deposition Excerpts

**IU Restart Committee**

Exhibit 205 Dr. Cole Beeler Deposition Excerpts
Exhibit 206 Dr. Aaron Carroll Deposition Excerpts
Exhibit 207 Indiana University Restart Committee Recommendations for Fall 2021

**IU Mandate and Implementation**

Exhibit 208 Dr. Cole Beeler Deposition Excerpts
Exhibit 209 Dr. Aaron Carroll Deposition Excerpts
Exhibit 210 Indiana University COVID FAQs
Exhibit 211 IU Policy Incident Command Structure
Exhibit 212 IU Policy Infections Incident Action Levels
Exhibit 213 Written Request for Religious Exemption from COVID Vaccine

**Comparison of IU Mandate to CDC Recommendations**

Exhibit 214 Dr. Cole Beeler Deposition Excerpts
Exhibit 215 Dr. Aaron Carroll Deposition Excerpts

**Comparison of IU Mandate to Purdue/Other Universities**

Exhibit 216 Dr. Aaron Carroll Deposition Excerpts
Exhibit 217 Purdue COVID Dashboard Stats
Exhibit 218 Protect Purdue for Fall 2021
Exhibit 219 Purdue Policy 2021-0707
Exhibit 220 For Colleges, Vaccine Mandates Often Depend on Which Party Is in Power

**State of Pandemic**

Exhibit 221 Excerpts from Dr. Peter A. McCullough, MD, MPH Decl.
Exhibit 222 Excerpts from Dr. Peter A. McCullough, MD, MPH Suppl. Decl.
Exhibit 223 Dr. Cole Beeler Deposition Excerpts
Exhibit 224 Dr. Aaron Carroll Deposition Excerpts
Exhibit 225 Dr. Cole Beeler Rebuttal Decl.
Exhibit 226 Graphs from IU COVID Dashboard
Exhibit 227 ISDH Novel Coronavirus Dashboard and Map
Exhibit 228 CDC COVID Vaccinations in the United States
Exhibit 229 IU's Management of Infections and Communicable Disease
Exhibit 230 CDC - The Continuum of Pandemic Phases
Exhibit 231 CDC's Updated Preparedness and Response Framework for Influenza Pandemics
Exhibit 232 CDC Intervals for a Novel Influenza A Virus Pandemic

**Plaintiffs' Expert Qualifications**[1]

Exhibit 233 Excerpts from Dr. Peter A. McCullough, MD, MPH Decl.
Exhibit 234 Excerpts from Dr. Peter A. McCullough, MD, MPH  Suppl. Decl.

---

[1] Plaintiffs have not included Dr. McCullough's 174 page curriculum vitae. Dr. McCullough's cv may be accessed by clicking on the link for Exhibit 10 within Dr. Beeler's Deposition Transcript, which has been provided as part of the parties' Joint Exhibit Binder.

**IU COVID Data/Vaccination Rate**

Exhibit 235 Dr. Aaron Carroll Deposition Excerpts
Exhibit 236 IU COVID Response Surveillance and Mitigation Update April 21, 2021
Exhibit 237 6-30-21 IU COVID Testing Dashboard
Exhibit 238 IU Medical Response Team Organization Report 2021-0611
Exhibit 239 IU Percentage of Vaccinations

**Risk of COVID/Herd Immunity**

Exhibit 240 Excerpts from Dr. Peter A. McCullough, MD, MPH Decl.
Exhibit 241 Excerpts from Dr. Peter A. McCullough, MD, MPH Suppl. Decl.
Exhibit 242 Dr. Cole Beeler Deposition Excerpts
Exhibit 243 CDC Data COVID Survival Rate
Exhibit 244 SARS-CoV-2 Transmission From People Without COVID-19 Symptoms
Exhibit 245 CDC COVID Data Tracker Weekly Review

**Previous COVID Infection**

Exhibit 246 Excerpts from Dr. Peter A. McCullough, MD, MPH Decl.
Exhibit 247 Excerpts from Dr. Peter A. McCullough, MD, MPH Suppl. Decl.
Exhibit 248 Dr. Aaron Carroll Deposition Excerpts
Exhibit 249 Previous COVID Infection Associated with Adverse Effects
Exhibit 250 Test for Past Infection

**Risks of Vaccine**

Exhibit 251 Excerpts from Dr. Peter A. McCullough, MD, MPH Decl.
Exhibit 252 Dr. Cole Beeler Deposition Excerpts
Exhibit 253 Hill's Criteria for Causality
Exhibit 254 Analysis of COVID Vaccine Death Reports from VAERS
Exhibit 255 Report by Dr. Tess Lawrie
Exhibit 256 VAERS COVID Vaccine Data for U.S. - July 2, 2021
Exhibit 257 VAERS COVID Vaccine Data for Indiana - July 9, 2021

Dated: July 11, 2021                                  Respectfully Submitted,

/s/ James Bopp, Jr.
James Bopp, Jr., Ind. Bar No. 2838-84
Richard E. Coleson, Ind. Bar No. 11527-70
Courtney Milbank, Ind. Bar No. 32178-29
Melena S. Siebert, Ind. Bar No. 35061-15
THE BOPP LAW FIRM
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
jboppjr@aol.com
rcoleson@bopplaw.com
cmilbank@bopplaw.com
msiebert@bopplaw.com
*Counsel for Plaintiffs*
