# Table C. College/Graduate Students Comprise A Very Low Risk Population For Serious Covid-19 Illness

**Exhibit 7**

EXHIBIT

106

**College/Graduate Students Comprise A *Very Low Risk Population* For Serious Covid-19 Illness**

Mercifully, despite a high frequency of SARS-CoV-2 infections, as determined (primarily) by reverse transcriptase polymerase chain reaction (rtPCR) testing, serious covid-19 disease, among college and graduate students is a rare event.(1-10) For example, Brown University physician epidemiologist, Andrew Bostom, MD, MS, compiled data from 100 major university and college covid-19 data dashboards, in conjunction with national and local news reports of campus-related hospitalizations, August, 2020, through the November 2020, Thanksgiving holiday break [11/22/20] (2-10). As depicted in Table-1, below, among students on campus (primarily) during this period, from 100 U.S. universities, notwithstanding 139,000 "covid-19 positive tests", there were a mere 17, typically short-term, reported covid-19 hospitalizations (2-10)—driven by a cluster of seven from Dayton University (3), i.e., only 0.012% of total positive tests resulting in hospitalization. Within this large sample, there were zero medically confirmed (4), albeit one possible, covid-19 death. These very reassuring data accrued in the absence of any covid-19 vaccination of the college/graduate student population.

Table C. Covid-19 positive tests and related hospitalizations from 100 universities/colleges, August-November, 2020

| University | Reported C19+, "Cases" (N)* | Reported Hospitalizations (N)** | Reported C19 Deaths (N)*** |
|---|---|---|---|
| (1) U of Alabama sys | 3624 | 0 | 0 |
| (2) U of Georgia | 3637 | 0 | 0 |
| (3) U of Kentucky | 2842 | 0 | 0 |
| (4) Ohio State U | 4516 | 0 | 0 |
| (5) U of Dayton | 1477 | 7 | 1*** |
| (6) Miami U of OH | 2330 | 0 | 0 |
| (7) Illinois State U | 1717 | 0 | 0 |
| (8) U of Iowa | 2549 | 0 | 0 |
| (9) Missouri State U | 1294 | 0 | 0 |
| (10) U of Kansas | 1249 | 0 | 0 |
| (11) Kansas State U | 1183 | 0 | 0 |
| (12) Penn State U | 4473 | 0 | 0 |
| (13) U of Wisconsin | 3340 | 1 | 0 |
| (14) U of Miami | 1005 | 0 | 0 |
| (15) U of S Carolina | 2781 | 0 | 0 |
| (16) U of Arizona | 2661 | 1 | 0 |
| (17) Notre Dame U | 1516 | 0 | 0 |
| (18) Temple University | 797 | 0 | 0 |
| (19) James Madison U | 1653 | 0 | 0 |
| (20) Texas Tech U | 2282 | 0 | 0 |
| (21) U of Texas | 1531 | 0 | 0 |
| (22) Texas Christian U | 1512 | 0 | 0 |
| (23) Texas A & M U (incl staff) | 2947 | 0 | 0 |
| (24) U of Illinois | 3786 | 0 | 0 |
| (25) Iowa State U | 1845 | 0 | 0 |
| (26) East Carolina U | 1397 | 0 | 0 |
| (27) U of N Carolina | 1273 | 2 | 0 |
| (28) N Carolina State U | 1268 | 0 | 0 |
| (29) Auburn U (incl staff) | 2031 | 0 | 0 |
| (30) Arizona State U | 2758 | 0 | 0 |
| (31) San Diego State U | 1475 | 1 | 0 |
| (32) Ball State U | 1331 | 0 | 0 |
| (33) U of N. Dakota | 1514 | 0 | 0 |
| (34) U of Cent Florida | 1916 | 0 | 0 |
| (35) U of Florida (+s since 3/18/20) | 3879 | 0 | 0 |
| (36) Oklahoma State U | 2015 | 0 | 0 |
| (37) SUNY-Oneonta | 740 | 0 | 0 |
| (38) U of Missouri | 2350 | 2 | 0 |
| (39) SUNY-Buffalo | 940 | 0 | 0 |
| (40) U of Michigan (+s since 3/8/20) | 2264 | 0 | 0 |
| (41) Michigan St (incl staff) | 2029 | 0 | 0 |
| (42) U of Nebraska (incl staff) | 1619 | 0 | 0 |
| (43) U of Tenn -Knoxville (incl staff) | 1869 | 2 | 0 |
| (44) Florida St U | 1691 | 0 | 0 |
| (45) Indiana U (incl staff) | 2412 | 1 | 0 |
| (46) U of Arkansas (incl staff) | 2032 | 0 | 0 |
| (47) Louisiana St U | 1281 | 0 | 0 |
| (48) U of Louisville (incl staff) | 1313 | 0 | 0 |
| (49) Arkansas St U (incl staff) | 873 | 0 | 0 |
| (50) Liberty U | 800 | 0 | 0 |

**Pls. Ex. 7**

| University | Reported C19+, "Cases" (N)* | Reported Hospitalizations (N)** | Reported C19 Deaths (N)*** |
|---|---|---|---|
| (51) N Arizona U | 1283 | 0 | 0 |
| (52) Florida Int U (+s since 3/12/20) | 368 | 0 | 0 |
| (53) Florida Atlantic U | 326 | 0 | 0 |
| (54) U of Houston (+s since 3/20, incl faculty) | 402 | 0 | 0 |
| (55) U N. Texas | 810 | 0 | 0 |
| (56) Texas St U (+s since 3/1/20) | 955 | 0 | 0 |
| (57) GA Tech (+s since 3/20) | 1310 | 0 | 0 |
| (58) U N. Georgia | 559 | 0 | 0 |
| (59) Northeastern U | 276 | 0 | 0 |
| (60) U Mass Amherst | 401 | 0 | 0 |
| (61) U Conn | 381 | 0 | 0 |
| (62) U Maryland | 1249 | 0 | 0 |
| (63) U Rhode Island (+s since 1/22/20) | 681 | 0 | 0 |
| (64) Boise St | 816 | 0 | 0 |
| (65) Colorado St (incl staff; +s since May) | 1351 | 0 | 0 |
| (66) U of Utah | 1639 | 0 | 0 |
| (67) Utah St | 1554 | 0 | 0 |
| (68) Marquette U | 830 | 0 | 0 |
| (69) U of Pittsburgh | 587 | 0 | 0 |
| (70) Rutgers U | 497 | 0 | 0 |
| (71) Idaho St | 448 | 0 | 0 |
| (72) Villanova U | 379 | 0 | 0 |
| (73) U of Virginia | 1069 | 0 | 0 |
| (74) Virginia CU | 403 | 0 | 0 |
| (75) U of Delaware (incl staff) | 732 | 0 | 0 |
| (76) Western Kentucky U (incl staff) | 928 | 0 | 0 |
| (77) East Tenn St | 451 | 0 | 0 |
| (78) U of Toledo | 565 | 0 | 0 |
| (79) Purdue U | 2694 | 0 | 0 |
| (80) Rutgers U | 497 | 0 | 0 |
| (81) U of Mississippi (incl staff) | 924 | 0 | 0 |
| (82) Tulane U | 1332 | 0 | 0 |
| (83) Providence Coll | 363 | 0 | 0 |
| (84) Seton Hall U | 165 | 0 | 0 |
| (85) Brigham Young U (incl faculty) | 3032 | 0 | 0 |
| (86) Boston College | 332 | 0 | 0 |
| (87) Duke U | 152 | 0 | 0 |
| (88) Weber State U | 312 | 0 | 0 |
| (89) Lehigh U | 535 | 0 | 0 |
| (90) U of New Hampshire | 357 | 0 | 0 |
| (91) St. Louis U | 431 | 0 | 0 |
| (92) Georgetown U | 145 | 0 | 0 |
| (93) George Wash U | 133 | 0 | 0 |
| (94) Vanderbilt U | 736 | 0 | 0 |
| (95) U of Penn | 633 | 0 | 0 |
| (96) U of West Virginia (Morgantown) | 874 | 0 | 0 |
| (97) Coll of Charleston | 518 | 0 | 0 |
| (98) Monmouth U (NJ) | 462 | 0 | 0 |
| (99) N Carolina A & T | 468 | 0 | 0 |
| (100) Bowling Green St U | 741 | 0 | 0 |
| Totals | 138,703 | 17 | 1? |

References
1) * Per data accessed 11/15-22/20: testing ostensibly by reverse transcriptase polymerase chain reaction amplification and detection of covid-19 viral RNA [primarily], or covid-19 nucleocapsid protein antigen detection by immunofluorescent assay(s).
2) **As originally noted here: *https://twitter.com/andrewbostom/status/1302438825063591936*; "Kansas college student hospitalized with suspected case of multisystem inflammatory syndrome", but the Kansas college was unidentified. https://bit.ly/3mHD3Be
3) Seven University of Dayton students/1477 positive tests: "According to the public health department for Dayton and Montgomery counties, seven University of Dayton students were hospitalized in the campus's outbreak. https://spectrumnews1.com/oh/dayton/news/2020/10/06/at-least-a-dozen-ohio-college-students-suffered-medical-emergencies-from-covid-19

Pls. Ex. 7

4) ***Dayton University student Michael Lang *__may__* have had a myocarditis related to SARSCoV2, which precipitated a cardiac arrest https://www.kake.com/story/43106955/wrecked-our-lives-families-of-3-young-adults-who-died-from-covid19-share-heartbreaking-stories

5) Two of 1869 University of Tennessee-Knoxville covid-19 positive students were hospitalized https://www.wvlt.tv/2020/09/16/at-least-2-ut-students-hospitalized-with-covid-19/;

6) One of the 1475 covid-19 positive students at San Diego State University (SDSU) was hospitalized "1st SDSU Student Among COVID-19 Surge Hospitalized as Cases Reach 440." https://www.nbcsandiego.com/news/investigations/1st-sdsu-student-among-covid-19-surge-hospitalized-as-cases-reach-440/2402332/;

7) One University of Wisconsin-Madison student was hospitalized out of 3340 who were covid-19 positive https://wkow.com/2020/09/16/first-known-uw-madison-student-hospitalized-with-covid-19/. Regarding this student: "'the actual time in the hospital was very limited' and the student has returned home to recover. The hospitalization was reported on September 16, and the school has not learned of any additional hospitalizations."

8) **One Indiana University hospitalization out of 2412 covid-19 positive tests was reported https://www.idsnews.com/article/2020/09/iu-first-coronavirus-hospitalization-flu-isolations**

9) University of Arizona one hospitalization/2661 covid-19 positive "Only one UA student has been hospitalized with COVID-19 symptoms, although the person was treated for dehydration and released, a UA spokesperson said last week" https://www.azcentral.com/story/news/local/arizona-health/2020/10/06/asu-ua-nau-decrease-number-active-positive-covid-cases/3633764001/

10) A CDC/MMWR report "Multiple COVID-19 Clusters on a University Campus — North Carolina, August 2020", reported zero hospitalizations: https://www.cdc.gov/mmwr/volumes/69/wr/mm6939e3.htm
Subsequently, from 10/5/20, regarding North Carolina: *"UNC-Chapel Hill reported two known hospitalizations. Both cases involved students who were hospitalized in June and July. The cases were 'noncritical: Campus Health is aware of two students who were tested at Campus Health and then treated and released from a nearby hospital in June and July. Both were noncritical. These are the only instances we're aware of.' Seven schools said they had no reported hospitalizations."* https://www.jamesgmartin.center/2020/10/how-many-students-are-hospitalized-with-covid-19-nc-colleges-dont-know/

11) U of Missouri: "The Maneater is aware of at least two students [note: out of 2350 who tested positive] who have recently recovered after hospitalization. To protect their privacy, those students are not named." https://www.themaneater.com/stories/campus/impossible-for-the-university-to-know-mu-struggles-to-track-student-covid-19-hospitalizations

Pls. Ex. 7