## Verification

I, _Ryan Klaassen_, declare as follows:

1. I am a resident of Indiana.

2. If called upon to testify, I would testify competently as to the matters set forth in the foregoing *Verified Complaint for Declaratory and Injunctive Relief*.

3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this *Verified Complaint for Declaratory and Injunctive Relief* concerning me and my past and intended activities are true and correct to the best of my knowledge and understanding. 28 U.S.C. § 1746.

Executed on June _16_, 2021.

_[signature: Ryan Klaassen]_

EXHIBIT 107