# EXHIBIT A

EXHIBIT

**115**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| RYAN KLAASSEN, JAIME CARINI, | ) | |
| D.J.B., by and though his next friend and | ) | |
| father, DANIEL G. BAUMGARTNER, | ) | |
| ASHLEE MORRIS, SETH CROWDER, | ) | |
| MACEY POLICKA, MARGARET ROTH, | ) | |
| and NATALIE SPERAZZA, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:21-cv-00238 |
| | ) | |
| vs. | ) | |
| | ) | |
| THE TRUSTEES OF INDIANA | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF COLE BEELER, M.D.

### I.      Background

1.       I am over 18 years of age. This declaration is based upon my own personal and professional knowledge and experience.

2.       I am competent to testify as a medical expert to the facts and matters set forth herein. A true and accurate copy of my C.V. is attached hereto as **Exhibit A**.

3.       I am currently an Assistant Professor of Clinical Medicine at the Indiana University School of Medicine. I earned my B.S. and my M.D. from Indiana University.

4.       I am dual Board certified by the American Board of Internal Medicine in Infectious Disease and Internal Medicine. I am a member of the Infectious Diseases Society of America.

5.       I am a member of Indiana University's Restart Committee. I serve on its

Modeling and Data Monitoring subgroup.

## II.     Analysis

### A.  COVID-19

6.      COVID-19 is an infectious disease caused by the novel coronavirus (SARS-CoV-2) that primarily spreads through respiratory droplets and aerosol transmission.

7.      People of all ages can contract and transmit COVID-19.

8.      People who catch COVID-19 may suffer from immediate severe illness and/or suffer long-term ongoing health problems, extending several weeks or months. Individuals infected with COVID-19 can suffer these long-term negative health effects even if they were initially asymptomatic. COVID-19 can also be fatal. CDC, *Benefits of Getting a COVID-19 Vaccine,* *https://www.cdc.gov/coronavirus/2019-ncov/vaccines/vaccine-benefits.html.*

9.      Certain types of individuals are at increased risk of suffering severe illness or death if they contract COVID-19, and thus are more likely to need more serious medical intervention, including hospitalization, intensive care, and a ventilator. Individuals who are at increased risk of suffering severe COVID-19 include:

    a.  Adults over age 45;
    b.  Disabled individuals;
    c.  Members of many racial and ethnic minority groups;
    d.  Immunocompromised individuals;
    e.  Current or former smokers;
    f.  Individuals who are overweight or obese;
    g.  Individuals who have received organ or blood stem cell transplants;
    h.  Individuals who have suffered a stroke; and
    i.  Individuals with certain other underlying medical conditions, including, among others, cancer, chronic kidney disease, chronic lung diseases, dementia and other neurological conditions, diabetes (type 1 or type 2), Down syndrome, heart conditions, HIV infection, liver disease, sickle cell disease, cerebrovascular disease, and substance use disorders.

CDC, *People with Certain Medical Conditions*, *https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html*; CDC, *People with*

*Underlying Medical Conditions at Increased Risk from COVID-19*,

*https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/underlying-conditions.html*.

10.     Even though COVID-19 more often affects children less severely than adults, COVID-19 has also been shown to cause severe illness in children. Like adults, children with underlying medical conditions are at increased risk of suffering more severe illness if they contract COVID-19.

11.     Additionally, all individuals, including children, who contract COVID-19 risk giving it to others, including friends, family, and other individuals with whom they interact, who may suffer severe illness or death.

**B. Brief History of the Pandemic**

12.     COVID-19 was first identified in Wuhan, China in late 2019.

13.     According to the Indiana State Department of Health ("ISDH"), Indiana's first case of COVID-19 was confirmed on March 6, 2020, and Indiana's first COVID-19-related death was reported on March 16, 2020. *See* Indiana's Novel Coronavirus Response (last visited June 27, 2021), *available at*: https://www.coronavirus.in.gov/ ("IN COVID-19 Response").

14.     Since March 6, 2020, Indiana has had over 750,000 confirmed COVID-19 cases and over 13,000 deaths. *See* Indiana COVID-19 Data Report, *https://www.coronavirus.in.gov/.* According to the CDC, an estimated 25.8% of Indiana's population has been infected with COVID-19. 18.4% of Indiana's positive COVID-19 cases have been reported by individuals between the ages of 20 and 29. Individuals aged 20 through 29 have reported more positive COVID-19 cases than any other age demographic. A small number of those individuals also have died from the virus.

15.     The CDC currently estimates that there have been approximately 33.5 million

cases of COVID-19 in the United States and over 600,000 people have died from COVID-19 in the United States. *See* CDC, COVID Data Tracker, Nationwide Commercial Laboratory Seroprevalence Survey, *https://covid.cdc.gov/covid-data-tracker/#national-lab.*

16.     Nationwide, individuals aged 20-29 accounted for more than 20% of all confirmed COVID-19 cases between June and August of 2020. CDC, *Changing Age Distribution of the COVID-19 Pandemic-United States, May-August 2020* (pub. Oct. 2, 2020), *https://www.cdc.gov/mmwr/volumes/69/wr/mm6939e1.htm.*

17.     The New York Times reports that over 700,000 cases of COVID-19 have been linked to colleges and universities in the U.S. since the pandemic began and more than 260,000 COVID-19 cases have been linked to colleges and universities just since January 1, 2021. *Tracking Coronavirus Cases at U.S. Colleges and Universities*, The New York Times, *https://www.nytimes.com/interactive/2021/us/college-covid-tracker.html.*

18.     Since July 2020, IU has had almost 12,000 students test positive for COVID-19. *See* IU COVID-19 Testing Dashboard, *https://www.iu.edu/covid/dashboard/all.*

### C. COVID-19 Vaccinations

19.     We are likely to stop the spread of COVID-19 only when we achieve population immunity, also known as "herd immunity."

20.     Widespread COVID-19 vaccination is a critical tool in achieving herd immunity.

21.     The scientific community has not yet determined the percentage of people who need to be protected from COVID-19 to achieve herd immunity. In fact, because the virus continues to mutate, which results in variants, experts remain unsure whether achieving herd immunity from COVID-19 is truly possible.

22.     Consequently, vaccinating individuals against COVID-19 currently is the leading prevention strategy to protect individuals from the virus and end the pandemic. CDC, *Guidance*

for [IHEs], *https://www.cdc.gov/coronavirus/2019-ncov/community/colleges-universities/index.html.*

23. There are three COVID-19 vaccinations available in Indiana at no cost: the Pfizer-BioNTech vaccine, the Moderna vaccine, and the Johnson & Johnson vaccine (collectively, "COVID-19 Vaccines"). *See* State of Indiana Vaccination Information and Planning, *About the vaccine*, *https://www.coronavirus.in.gov/vaccine/*.

24. Each of the COVID-19 Vaccines has been proven safe and effective. *COVID-19 Vaccine: It's our shot, Hoosiers* (updated June 5, 2021), *https://www.coronavirus.in.gov/files/21_IN%20Vaccine%20effectiveness_6-2.pdf* at 1; *see also, e.g.*, ISDH COVID-19 Vaccine FAQs at 1, *https://www.coronavirus.in.gov/files/General%20Tool%20Kit%20Condensed%20FAQ%20and%20Links%203.29.21.pdf* ("The vaccine has been found in trials to be 95 percent effective in preventing COVID-19 infections . . ."). Each was developed using long-standing science and scientific techniques that are not experimental. Each went through all the federally mandated stages of clinical trials, which include extensive testing and monitoring. Each has received and continues to undergo the most intensive safety monitoring in U.S. history. The fact that the COVID-19 Vaccines are currently available under Emergency Use Authorization in no way undermines their safety or efficacy.

25. The COVID-19 Vaccines are extremely unlikely to cause serious side effects that could result in long-term health problems. CDC, *Safety of COVID-19 Vaccines*, *https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html*.

26. The COVID-19 Vaccines help prevent the spread of COVID-19 and are effective against the COVID-19 variants that have been detected in Indiana. ISDH, *Variant Details*, *https://www.coronavirus.in.gov/map/VariantDetails.pdf.*

27. Because it takes the human body time to build antibodies to COVID-19,

individuals who receive a COVID-19 Vaccine are considered "fully vaccinated" two weeks after their second dose of a two-dose vaccine or two weeks after a one-dose vaccine.

28.     Fully vaccinated individuals are less likely to catch COVID-19 if exposed to it and less likely to spread it to others.

29.     The COVID-19 Vaccines also help stop mutation of COVID-19, which helps prevent the emergence and spreading of variants.

30.     The COVID-19 Vaccines provide a known level of resistance to and protection from COVID-19 for a sustained period of time. Conversely, while individuals who have had COVID-19 might have some antibodies even after their infection has passed that provide protection against COVID-19, the amount of protection that these individuals have against the virus varies from person-to-person and wanes over time. As these individuals' natural immunity decreases, their risk of contracting COVID-19 increases.

31.     Accordingly, the CDC and the ISDH recommend that even individuals who have had COVID-19 receive the COVID-19 Vaccine because the vaccine will provide these individuals with additional protection against the virus. *Frequently Asked Questions about COVID-19 Vaccination*, *https://www.cdc.gov/coronavirus/2019-ncov/vaccines/faq.html*.

32.     The CDC also recommends that children twelve and older receive the COVID-19 Vaccine as soon as possible because vaccinating minors helps to protect the minor, their families, and other individuals with whom they interact.

33.     While the CDC has advised that it has received reports of myocarditis and pericarditis in adolescents and young adults after COVID-19 vaccination, it and the ISDH still recommend that all individuals age 12 and older receive a COVID-19 Vaccine because the reports of myocarditis and pericarditis are rare and the benefits of COVID-19 vaccination still far outweigh the known and potential risks. In fact, COVID-19 itself presents the risk of myocarditis

and pericarditis. CDC Children & Teens; CDC, *Myocarditis and Pericarditis Following mRNA COVID-19 Vaccination*, *https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/myocarditis.html*.

34.     Additionally, people with underlying medical conditions can receive the COVID-19 vaccine as long as they have not had an immediate or severe allergic reaction to a COVID-19 Vaccine or its ingredients.

### D.  Current COVID-19 Risks

35.     The COVID-19 pandemic is ongoing. Currently, the CDC advises that the risk of community transmission of COVID-19 in Indiana is "moderate." Hoosiers continue to report hundreds of new COVID-19 cases each day.

36.     Additionally, variants of the COVID-19 virus continue to develop and spread throughout the country. These variants increase the risks associated with contracting and spreading COVID-19 because they spread more easily than the original strain of COVID-19 and can cause more severe infection.

37.     Indiana, specifically, has seen an increase in variants of the original COVID-19 strain. Over 60% of the samples tested in Indiana are positive for a variant, and the most recent variant—the Delta variant—is confirmed to be present in Indiana.

38.     COVID-19 remains a particular threat to those who are unvaccinated.

39.     According to the ISDH, unvaccinated Hoosiers constitute 99.3% of COVID-19 cases in Indiana, and the odds of an unvaccinated Hoosier who contracts COVID-19 being hospitalized are 1 in 525, as compared to 1 in 50,394 for fully vaccinated Hoosiers. *https://www.coronavirus.in.gov/files/21_IN%20Vaccine%20effectiveness_6-2.pdf*.

40.     IU's ability to consistently test its students for COVID-19, particularly those individuals who are unvaccinated, is critical to its ability to respond quickly to COVID-19 outbreaks and help stem the spread of the virus as we work towards herd immunity. If IU is

unable to regularly test its unvaccinated students for COVID-19, the risk of undetected viral spread on IU's campuses and surrounding communities increases significantly and may even affect vaccinated or previously infected constituents via viral breakthrough.

### E. Response to Plaintiffs' Expert

41. Although COVID rates are declining, the etiology behind this is potentially obscured by improved weather (temperature, humidity, UV all favorable for blunting transmission). SARS-2 is a respiratory virus and will likely have seasonality like other respiratory viruses. Murray, Piot, The Potential Future of the COVID-19 Pandemic:  Will SARS-CoV-2 Become a Recurrent Seasonal Infection, *https://jamanetwork.com/journals/jama/article-abstract/2777343*. Coupled with an unknown fraction of the population that has neither been infected or vaccinated, uncertain durations of clinical immunity after natural infection, and the potential for breakthrough variants (e.g. B 1617-2), the state of the pandemic over the coming winter is still very uncertain.

42. In my expert opinion, the degree of unknowns associated with all of Dr. McCullough's statements as well as significant risks to the collegiate and county communities that can be effectively avoided with use of the vaccine, make a mandate the safest way to protect our constituents, their families, and their counties from a second inevitable rise in cases over the winter.

**Herd Immunity**

43. Indiana has not reached herd immunity.

44. Herd immunity is based on the infectivity and $R_0$ of the virus.  The herd immunity threshold is still unknown for this virus.  In fact, many authors do not believe herd immunity is possible with this virus. Kadkhoda, Herd Immunity to COVID-19:  Alluring and Elusive,

*https://academic.oup.com/ajcp/article/155/4/471/6063411?login=true*; Taylor, COVID-19:  Is

Manaus the final nail in the coffin for natural herd immunity?)

*https://www.bmj.com/content/372/bmj.n394.short*; Tkachenko et al, Time-Dependent

Heterogeneity leads to transient suppression of the COVID-19 epidemic, not herd immunity,

*https://www.pnas.org/content/118/17/e2015972118.short;* Burki, Herd Immunity for COVID-19,

*https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30555-*

*5/fulltext?utm_content=buffer6eaeb&utm_medium=social&utm_source=twitter.com&utm_cam*

*paign=buffer*.  The current director of the CDC mentions similar concerns:

*https://www.foxnews.com/health/no-magic-target-herd-immunity-walensky*. In total, calculations

like those set forth by Dr. McCullough are highly error prone because of uncertainly related to

the included variables. *See https://www.nature.com/articles/d41586-021-00728-2*.

**College Aged Individuals and COVID-19**

45.     Although the mortality rate for college aged students is lower than other age

groups, I disagree that there could be "no risk" of infection. The purpose of mass vaccination is

also to protect individuals who are at higher risk of poor outcome or unable to mount an effective

immune response. Older individuals, those with problems with their immune system, and those

on certain medications that interfere with the development of an immune response may not have

the same protections as a typical college-aged student when vaccinated or infected naturally with

the virus.

46.     We have learned over the last year that our students, faculty, and staff are very

much members of their communities; they interact and engage consistently within the counties in

which they live. In any epidemic, infections spread through vulnerable links in the chain until

eventually resulting in morbidity and mortality in hosts that are less protected. Indeed, our

constituency also includes a number of vulnerable individuals for both bad outcomes from COVID as well as inability to mount a strong response to the vaccine.

47.     The goal of universal vaccination is not limited to individual protection (even though there is very strong evidence for this), but includes community-wide protection — to reduce the total amount of all *exposures* to COVID-19, not just infections. Each exposure is potential for transmission to a vulnerable individual, and these vulnerable individuals may be vulnerable by choice or despite their best efforts to be immune.

48.     In addition, the long-term consequences of natural COVID-19 infection are still unknown. Even "long COVID" can affect young adults at high levels and lead to long term debility. *https://health.ucdavis.edu/health-news/newsroom/studies-show-long-haul-covid-19-afflicts-1-in-4-covid-19-patients-regardless-of-severity/2021/03*; *https://healthblog.uofmhealth.org/childrens-health/long-haul-covid-kids*; *https://www.usnews.com/news/health-news/articles/2021-02-23/whats-wrong-with-me-young-covid-survivors-battle-long-haul-symptoms*. There is still much unknown here. Compared with the Covid-19 Vaccines whose platforms have now been used for decades, the uncertainty around the consequences of infection with a novel virus, especially in relation to long term side effects and sequellae, presents an undue risk. Pardi et al, mRNA vaccines- a new era in vaccinology, *https://www.nature.com/articles/nrd.2017.243*.

49.     In summary, though the morbidity and mortality rate in the college age group is low, it is not zero. It is coupled with many unknowns, and infections in this population potentially drive infections in the community.

50.     Moreover, not all studies exonerate students for contribution of spread in their surrounding county. Bosslet, et al, The effect of in-person primary and secondary school

instruction on county-level SARS-COV-2 spread in Indiana,

*https://www.medrxiv.org/content/10.1101/2021.03.17.21250449v1;* Courtemanche et al, School

Reopenings, Mobility, and COVID-19 spread: Evidence from Texas,

*https://www.nber.org/papers/w28753;* Andersen et al, College Openings, Mobility, and the

Incidence of COVID-19, *https://www.medrxiv.org/content/10.1101/2020.09.22.20196048v1;* Lu

et al, Are College Campuses Superspreaders? a data-driven modeling study,

*https://www.tandfonline.com/doi/full/10.1080/10255842.2020.1869221.*

51.    Regional differences in county "spill-over" from campus epidemics are likely

related to variations in infection prevention strategies employed at the campuses with more

robust strategies leading to less "spill-over." The most robust strategy is having as many people

immune as possible and this is best (and most safely) achieved by vaccination.

52.    All individuals are equally likely to catch COVID-19. There is no protection from

infectivity or infectiousness in the college age group. This group may be more likely to be

asymptomatic, but spread is certainly still very possible as IU and many other colleges across the

nation, experienced firsthand over the last year. *https://www.nytimes.com/interactive/2020/us*

*/covid-college-cases-tracker.html.*

**Asymptomatic Spread**

53.    Very quickly in the pandemic, the medical community learned that ignoring

asymptomatic spread of this virus leads to propagation. As many as 30% of patients with

COVID-19 never develop symptoms. Johansson et al, SARS-COV-2 Transmission from people

without COVID-19 symptoms and it is estimated that more than half of all transmissions are

from individuals who are asymptomatic; Johansson et al,

*https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2774707.* This assessment has

been supported by the CDC. Bender et al, *https://wwwnc.cdc.gov/eid/article/27/4/20-4576_article*; Infectious viral loads start increasing before symptom development; Sakurai, et al, Natural History of Asymptomatic SARS-COV-2 Infection, *https://www.nejm.org/doi/full/10.1056/NEJMc2013020*; The Natural History and Transmission Potential of Asymptomatic Severe Acute Respiratory Syndrome Coronavirus 2 Infection, *https://academic.oup.com/cid/article/71/10/2679/5851471*.

54.    Isolation by symptoms alone is not the consensus opinion of medical experts, which is why most states in the U.S. as well as around the world recommend quarantine of exposed individuals. This is because symptoms do not predict infectivity and it is safer to stay home through the duration of an infectivity window after an exposure in order to protect the community.

55.    Masking is also an effective and evidence-based intervention to help stem the spread of COVID-19, even in asymptomatic individuals. Although this protection is significantly less potent than immunity by vaccination, ongoing masking of unvaccinated individuals is a potential stopgap for those unable to be vaccinated.  Unmasked and unvaccinated individuals put themselves at additive risk of infection as well as those around them that are unable to be vaccinated or mount a sufficient immune response.

**COVID Treatments**

56.    Reliable data on treatment for COVID-19 is still lacking. Most of the regimens listed in Table 5 of Dr. McCullough's Report (p. 16) have been proven to be ineffective in clinical trials despite hypothesized benefit. Indeed, some have even caused patient harm.

57.    Vitamins and medications like:

**Zinc** (Yao, et al, The minimal effect of Zinc on the survival of hospitalized patients with

COVID-19:  An observational study, Chest 2021);

**Hydroxychloroquine** (Lewis et al, The efficacy and safety of hydroxychloroquine for COVID-19 prophylaxis:  A systematic review and meta-analysis of randomized trials

*https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0244778*; Kashour et al, Efficacy of Chloroquine or hydroxychloroquine in COVID-19 patients: a systematic review and meta-analysis,

*https://academic.oup.com/jac/article/76/1/30/5919602?login=true*);

**Ivermectin** (Schmith, et al, The Approved Dose of Ivermectin Alone is not the Ideal Dose for the Treatment of COVID-19,

*https://ascpt.onlinelibrary.wiley.com/doi/full/10.1002/cpt.1889*);

**Azithromycin** (Escheverria-Esnal et al, Azithromycin in the treatment of COVID-19:  a review, *https://www.tandfonline.com/doi/full/10.1080/14787210.2020.1813024*);

**Doxycycline** (Narendrakumar et al, Potential effectiveness and adverse implications of repurposing doxycycline in COVID-19 treatment,

*https://www.tandfonline.com/doi/full/10.1080/14787210.2021.1865803*);

**Inhaled Budesonide** (Agusti et al, Early Treatment with Inhaled Budesonide to prevent clinical deterioration in patients with COVID-19,

*https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(21)00171-5/fulltext*); have not been studied in rigorous head-to-head trials to determine actual benefit, have negative consequences, or have been associated with patient harm. Their use has been thoroughly discredited and discouraged by the CDC/NIH. *https://www.covid19treatmentguidelines.nih.gov/about-the-guidelines/whats-new/*.

58.     At IU Health and many other centers, the adult treatment regimen for COVID-19

includes Dexamethasone, Remdesivir, Tocilizumab, and Baricitinib. All of these agents are restricted to patients who have moderate to severe disease (minimal requirement of supplemental oxygen). Dexamethasone, Tocilizumab and Baricitinib are for patients with severe manifestations for disease (high flow oxygenations, non-invasive mechanical ventilation, and mechanical ventilation). These recommendations in the hospital are based on the high-quality studies showing benefit in these populations; however, there is still back-and-forth data even with these agents.

59.     The evidence base for treatment is still very uncertain as evidenced by the lack of primary literature support for each individual regimen by Dr. McCullough. Successful outpatient management of COVID in some patients can be very challenging, and even if an individual is able to avoid hospitalization with investigational therapies, this does not speak to the consequences of infectious spread in the people who they live with, their vulnerabilities, and their ability to obtain care. Prevention still remains the key driver for avoiding morbidity and mortality from COVID-19 of which the vaccines are our most potent tool.

**COVID Vaccines**

60.     All three COVID-19 Vaccines have been studied in robust multi-centered, international, randomized-controlled trials and proven both effective and safe in millions of people.

61.     All three COVID-19 Vaccines have demonstrated a very high rate of efficacy (Pfizer 95%, Moderna 94.1%, Johnson & Johnson 72%).

*https://www.yalemedicine.org/news/covid-19-vaccine-comparison*. These rates are much higher than annual influenza vaccination (30-60% effective depending on the year), which is a mandated annual vaccine at many universities. Breakthrough infections are possible with any

vaccine, but when you look at the amount vaccinated, these numbers are very low (0.05% in Indiana). *https://www.whas11.com/article/news/health/coronavirus/indiana-covid-breakthrough-case-vaccine-differences/417-e62d4d8a-a044-4816-a50b-aceddd6741e8*). I would note that we also have breakthrough cases after natural infection (0.65%).

*https://www.eurekalert.org/pub_releases/2021-03/l-tls031821.php*.

62.     Overall, these are some of the most effective vaccines that have ever been developed.

63.     There is currently no evidence of genotoxicity, mutagenicity, teratogenicity and oncogenicity in any of the EUA-approved COVID vaccines.

64.     A formal FDA approval for safety requires 6 months of data. These outcomes would require decades of research (Kostoff et al, COVID-19 vaccine safety,

*https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7521561/*) and are unnecessary based on the mechanism of vaccine action. In the cell, DNA in the nucleus encodes for a messenger (RNA) that leaves the nucleus and utilizes the cellular machinery in the cytoplasm to make proteins that do the work of the cell. The RNA vaccines utilize cellular machinery to make a protein that looks like the main target of our natural immune system to the SARS2 virus.  The current lay public suspicions regarding mutagenesis take a backwards view of how RNA works in the cell and are not currently supported by consensus opinion. Since the vaccines do not interact with DNA, they do not lead to mutations, gene damage, or the development of cancers. Cimolai et al, Do RNA vaccines obviate the need for genotoxicity studies?

*https://academic.oup.com/mutage/article/35/6/509/5995048?login=true*; *https://www.mskcc.org/coronavirus/myths-about-covid-19-vaccines*; *https://news.llu.edu/health-wellness/expert-debunks-5-covid-19-vaccine-misconceptions*.

65.     There are many medications and vaccines that we use today that have not had these studies. Investigation into these areas should be based on clinical suspicion and hypothesized links of which there are neither currently for the three COVID-19 Vaccines. Further hypothesized risks of the vaccine are dwarfed by the very real risk of actual COVID-19 infection among the college constituency and in their communities.

66.     While the three currently available vaccines are made of the building blocks of RNA, they are not genes, but are messenger scripts for making a protein. Their safety has been repeatedly confirmed in randomized controlled trials with no difference in adverse outcomes between vaccinated and unvaccinated individuals. There is no evidence that the spike protein itself injures our body's organs. The spike is an entry receptor for the virus to get into cells and the major target of our immune system. The spike protein itself cannot damage tissues, cause infections, or lead to complications. The immune response to the spike protein may be associated with some adverse outcomes like clotting and myocarditis; however, the risks of these outcomes associated with the vaccine are dwarfed by the risks of these outcomes associated with COVID-19 infection itself. Torjesen, COVID-19:  Risk of cerebral blood clots from disease is 10 times than from vaccination, study finds, *https://www.bmj.com/content/373/bmj.n1005.full;* Wise et al, COVID-19:  Should we be worried about reports of myocarditis and pericarditis after mRNA vaccines?, *https://www.bmj.com/content/373/bmj.n1635*).

67.     As an example, the rate of myocarditis in all recipients is 13/1,000,000 vaccines administered (32/1,000,000 in males aged 12-39).

*https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-06/03-COVID-Shimabukuro-508.pdf.* In contrast, 2.3% of collegiate athletes who had recovered from COVID-19 had evidence of myocarditis on heart imaging. Daniels et al, Prevalence of Clinical and

Subclinical Myocarditis in Competitive Athletes with Recent Sars-CoV-2 Infection: Results from the Big Ten Covid-19 Cardiac Registry,

*https://jamanetwork.com/journals/jamacardiology/fullarticle/2780548*.

68.     The infection of COVID-19 itself puts college-aged students at higher risk for myocarditis than the vaccine. In addition, all vaccine associated myocarditis patients have survived and were treated effectively. *https://whyy.org/articles/myocarditis-and-the-covid-19-vaccine-what-to-know-about-rare-heart-inflammation/*. Because of all of this, the CDC continues to recommend COVID vaccination for this younger age group.

*https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/myocarditis.html*.

69.     Although the risk of cerebral sinus thrombosis after the Johnson & Johnson vaccine is significant, it occurs with incredibly low probability and there is no proof of causation between the vaccination and myocarditis.

*https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-04/03-COVID-Shimabukuro-508.pdf*. While the vaccines may have statistics that support an association of adverse outcomes, it is important not to imply causality until we are sure. The Johnson & Johnson vaccine provides very meaningful benefit to a college-aged population given its ease of administration as one dose. Additionally, IU students are able to receive whichever of the three COVID-19 vaccines they prefer if they are personally concerned about this potential association.

**Vaccination after COVID-19 infections**

70.     The CDC continues to recommend vaccination for those who have been infected naturally with COVID-19 and there is emerging evidence that vaccination may provide a broader spectrum of protection to variants than natural infection

(*https://directorsblog.nih.gov/2021/06/22/how-immunity-generated-from-covid-19-vaccines-*

*differs-from-an-infection/*).

71.     There is no strong data for or against vaccination after natural infection *https://www.nature.com/articles/d41586-021-01609-4*. We may have this data in the future, but right now, we do not have accurate ways to diagnose prior infection. This leads to huge challenges with trying to figure out who does and does not need the vaccine. Until this data is looked at in a systematic and controlled fashion, more "boosters" to immunity in the form of a COVID-19 Vaccine are likely beneficial to avoiding infection even despite mild side effects that are transient and benign.

72.     Another major concern will be availability of data. There will consistently be new variants of COVID that will be selected out by vaccination and natural infection. These will be allowed to continue to mutate as long as there is susceptible population available. We have much better data for efficacy of vaccines against variants than we do for efficacy of natural immunity against variants. This is because we know exactly when immunity is established and the trajectory over time. Without vaccination, there will be lingering concerns about breakthrough variants leading to reinfection that will be more difficult to study internationally and provide guidance to the cohort of our population that has not gotten the vaccine.

73.     It is entirely possible that the vaccine provides a broader immunity than natural infection. It may be that people who were previously infected have a higher rate of vaccination side effects after the first dose of the vaccine, but these symptoms are generally mild and not dangerous. There are no reports of serious, life-threatening safety concerns for previously infected individuals.

74.     The preprint article from Raw et al referenced in paragraph 63 of Dr. McCullough's declaration references "severe side effects" which include fever, fatigue, myalgia,

arthralgia, and lymphadenopathy. From a clinical perspective, these are easily managed at home with over-the-counter medications and do not require an escalation in care. This is a misleading way to bucket side effect profiles, and even the most "severe" cited are mild in contrast to the viral infection itself.

75.     We may learn that those previously infected do not need both shots of the vaccine, but currently the CDC still recommends both doses even after natural infection. These mild symptoms are acceptable from a public health perspective when weighed against the risks of repeat natural infection (which can be truly severe, resulting in hospitalization or death).

76.     Additionally, we still have no reliable way to confirm previous exposure to COVID. Serologic tests for COVID-19 "antibodies" have a wide range of specificity (and vary across platform).

77.     Using a serologic test to equate to immunity is not evidence-based and not recommended by the CDC. *https://www.cdc.gov/coronavirus/2019-ncov/testing/serology-overview.html*.

78.     COVID also has syndromic overlap with many other respiratory infections and previous consistent symptoms alone cannot be grounds for proof of immunity. Even if using the gold standard PCR test, there is a wide range in duration of immunity after PCR positivity, and PCRs can be positive for months after natural infection. This can make it very challenging to set the onset of immunity for an individual. Pragmatically, the only surefire way to assure effective immunity is vaccination.

**Potential Adverse Events**

79.     The Vaccine Adverse Event Reporting System (VAERS) is a *passive* reporting system. This means anyone can report any symptom they want after vaccination. These are each

combed through in order to identify trends, but the majority of symptoms are mild and are a result of the normal immune response to the vaccine.

80.     VAERS reports and percentages have to be taken into context with prevalence of the disease. If there was a meningococcal pandemic and we were vaccinating individuals at higher rates, we may see higher percentages of adverse events reported due to heightened public awareness. It is not a fair comparison from a rare disease to a hyper-prevalent novel disease with a new vaccine that has a lot of entrenched (and, in my opinion, inappropriate and unfounded) public uncertainty.

81.     Additionally, it is important to distinguish between association and causation. Adverse effects are possible with any vaccine, but the decision to administer the vaccine is based on the assessment of benefit over that risk. Regarding the risk of adverse events in those 18 to 29 years old, it is not surprising they are reporting more given their more robust immune responses. Again, most of these reports are of mild generalized symptoms.

82.     The literature referenced in paragraph 48 of Dr. McCullough's declaration, cited in support of the medical community acknowledging the adverse effects of vaccines, links to a study in mice, not humans. Additionally, while the CDC does acknowledge these side effects, they still continue to strongly encourage vaccination of all those eligible given the benefit to the entire population.

83.     The British health regulator has also reviewed the data requested and concluded the benefits outweigh the risks. *https://healthfeedback.org/claimreview/yellow-card-scheme-for-adverse-events-does-not-suggest-any-new-side-effects-of-covid-19-vaccines-tess-lawrie/*.

**IU's Policies**

84.     Indiana University will not be performing research on students or constituents

getting the COVID vaccine without their express consent and in alignment with the local IRB policies and procedures. All studies proving efficacy and safety of the vaccine were done with critical event committees, data safety monitoring boards, and ethics committees in place.

85.     IU only plans to mandate the vaccine in age groups approved by the FDA.  While the WHO recommended that vaccinating children was *less urgent* than adults, WHO still recommended vaccination. *https://healthfeedback.org/claimreview/the-world-health-organization-states-that-covid-19-vaccination-for-children-is-less-urgent-but-doesnt-recommend-against-it/*. The CDC continues to recommend children 12 years and older get the vaccine. *https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/adolescents.html*.

86.     IU's COVID-19 Vaccine Policy allows exemptions for pregnant women. IU follows the recommended CDC list for vaccine exemptions. *https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html*.

### F.  Conclusion

87.     In my expert opinion, a COVID-19 vaccine mandate is the only safe and reliable way to assure lack of spread of COVID among our students and our communities and prevent morbidity and mortality. While COVID does not necessarily cause disproportionate bad outcomes in our constituency, any bad outcome from COVID is potentially avoidable with the vaccines where the benefit dwarfs the potential rare risks that may not be causally linked. The vaccines used for COVID are based on technology that has been developed over decades and have repeatedly been shown to be safe when given to millions of patients. This is not experimentation.  This is application of known science to a novel pathogen with uncertain and threatening immediate and long-term consequences to our students, faculty, staff, and

communities at large. Given that this virus can be infectious despite an asymptomatic host and that not everyone can mount an immune response after vaccination, an individual's choice to remain unvaccinated puts others around them in the community at risk. Ultimately, the benefit to multiple college students being vaccinated has far-reaching benefits for the community as it relates to reduction in spread, avoidance of variant selection, and reductions in morbidity and mortality going into an uncertain season.

### III.  Selected List of Additional Materials Reviewed

1.  *See, e.g.*, Centers for Disease Control & Prevention ("CDC"), *COVID-19 Vaccines for Children and Teens* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/adolescents.html

2.  CDC, *Benefits of Getting a COVID-19 Vaccine* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/vaccine-benefits.html.

3.  CDC, *People with Certain Medical Conditions* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html

4.  CDC, *People with Underlying Medical Conditions at Increased Risk from COVID-19* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/recommendations/underlying-conditions.html

5.  Indiana's Novel Coronavirus Response (last visited June 27, 2021), *available at*: https://www.coronavirus.in.gov/.

6.  CDC, *Changing Age Distribution of the COVID-19 Pandemic-United States, May-August 2020* (pub. Oct. 2, 2020), *available at*: https://www.cdc.gov/mmwr/volumes/69/wr/mm6939e1.htm

7.  *Tracking Coronavirus Cases at U.S. Colleges and Universities*, The New York Times (last updated May 26, 2021), *available at*: https://www.nytimes.com/interactive/2021/us/college-covid-tracker.html

8.  CDC, COVID Data Tracker, Nationwide Commercial Laboratory Seroprevalence Survey (last visited June 27, 2021), *available at*: https://covid.cdc.gov/covid-data-tracker/#national-lab.

9.  Indiana COVID-19 Data Report (last visited June 27, 2021), *available at*: https://www.coronavirus.in.gov/

10.  IU COVID-19 Testing Dashboard (last visited June 27, 2021), *available at*:

https://www.iu.edu/covid/dashboard/all.

11.     CDC, *COVID-19 Vaccines Are Free to the Public* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/no-cost.html

12.     CDC, *Key Things to Know about COVID-19 Vaccines* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/keythingstoknow.html

13.     Harvard School of Public Health, *Can herd immunity stop COVID-19?* (last visited June 27, 2021), *available at*: https://www.hsph.harvard.edu/news/hsph-in-the-news/can-herd-immunity-stop-covid-19/.

14.     CDC, *Guidance for [IHEs]* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/community/colleges-universities/index.html

15.     State of Indiana Vaccination Information and Planning, *About the vaccine*, *available at*: https://www.coronavirus.in.gov/vaccine/

16.     *COVID-19 Vaccine: It's our shot, Hoosiers* (updated June 5, 2021), *available at*: https://www.coronavirus.in.gov/files/21_IN%20Vaccine%20effectiveness_6-2.pdf

17.     ISDH COVID-19 Vaccine FAQs (last updated Mar. 31, 2021), at 1, *available at*: https://www.coronavirus.in.gov/files/General%20Tool%20Kit%20Condensed%20FAQ%20and%20Links%203.29.21.pdf

18.     ISDH COVID-19 Vaccine Fact Sheet (pub. Jan. 2021), *available at*: https://www.coronavirus.in.gov/files/Fact%20Sheet.pdf

19.     CDC, *Safety of COVID-19 Vaccines* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/safety-of-vaccines.html

20.     ISDH, *Variant Details* (last visited June 27, 2021), *available at*: https://www.coronavirus.in.gov/map/VariantDetails.pdf

21.     CDC COVID-19 Info., *Frequently Asked Questions about COVID-19 Vaccination* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/faq.html

22.     CDC, *Myocarditis and Pericarditis Following mRNA COVID-19 Vaccination* (last visited June 27, 2021), *available at*: https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/myocarditis.html

23.     Declaration of Peter A. McCullough, MD, MPH (June 28, 2021)

**IV.     Other Testimony & Compensation**

I have not previously provided expert testimony in litigation.

This declaration is being provided in addition to my duties of teaching, patient care, and service on the Restart Committee. I am being compensated for my work in this matter at a rate of $500 per hour.

I hold all the above opinions to a reasonable degree of professional certainty and probability based upon the records and information that I reviewed and based upon my education, training, and professional experience. My opinions in this report are based on only the information that I have considered to date. I reserve the right to amend and supplement this report and any of my opinions in it consistent with all applicable procedural rules.

Date: 7/1/2021

_____
Cole Beeler, M.D.

# Exhibit A

# *CURRICULUM VITAE*

**NAME:  Cole Beeler**
Contact Information:
Emerson Hall, Rm 445
Indianapolis, IN, 46202
T: 317-274-7943
F: 317-944-8660

## EDUCATION:

POSTDOCTORAL

| Institution | Degree | Date Awarded |
|---|---|---|
| Indiana University School of Medicine Indianapolis, IN | Internship, Internal Medicine | 2012 |
| | Residency, Internal Medicine | 2015 |
| | Fellowship, Infectious Diseases | 2017 |

GRADUATE

| Institution | Degree | Date Awarded |
|---|---|---|
| Indiana University School of Medicine Indianapolis, IN | M.D. | 2011 |

UNDERGRADUATE

| Institution | Degree | Date Awarded |
|---|---|---|
| Indiana University Bloomington, IN | B.S. Biology | 2007 |

## APPOINTMENTS:

ACADEMIC

| Institution | Rank | Inclusion dates |
|---|---|---|
| Indiana University School of Medicine | Assistant Clinical Professor | 7/2017 to current |
| Indiana University School of Medicine | Associate Fellowship Director | 12/2018 to current |
| Indiana University School of Medicine | Key Clinical Educator for Division of Infectious Diseases | 12/2018 to current |
| Indiana University School of Medicine | Director of Symptomatic Testing, COVID Medical Response Team | 5/2020 to current |

NON-ACADEMIC

| Institution | Rank | Inclusion dates |
|---|---|---|

1

| Indiana University Health | University Hospital Medical Director of Infection Prevention and Control | 7/2017 to current |

## LICENSURE, CERTIFICATION, SPECIALTY BOARD STATUS

| Credential | Number | Inclusion dates |
|---|---|---|
| Indiana Medical License | 01074103a | 5/30/2014 to 10/31/2021 |
| Certification in Internal Medicine | 354639 | 2014-2024 |
| Certification in Infectious Diseases | 354639 | 2017-2027 |

## PROFESSIONAL ORGANIZATION MEMBERSHIPS:

| Organization | Inclusive Dates |
|---|---|
| Infectious Disease Society of America | 2015 to current |

## PROFESSIONAL HONORS AND AWARDS:

SERVICE

| Award Name | Granted By | Date Awarded |
|---|---|---|
| Outstanding Intern- Internal Medicine | Internal Medicine Residency | 2012 |
| Outstanding 3rd year Resident- Internal Medicine | Internal Medicine Residency | 2015 |
| Resident's Choice Fellow of the Year | Internal Medicine Residency | 2016 |
| Outstanding Young Clinician Award | Indiana University School of Medicine | 2020 |
| IU Bicentennial Medal Award | Indiana University | 2020 |
| System Services Values Leadership Award | Indiana University Health | 2020 |

OVERALL/OTHER

| Award Name | Granted By | Date Awarded |
|---|---|---|
| Jay Thomas Memorial Award in Physiology | Indiana University School of Medicine | 2008 |
| John Van Nuys Memorial Fellowship | Indiana University School of Medicine | 2008 |
| Class of 1978 R.C. Powell Scholarship | Indiana University School of Medicine | 2009 |
| Charles C. Odya Award in Pharmacology | Indiana University School of Medicine | 2009 |
| Ronald H. Doneff Scholarship | Indiana University School of Medicine | 2010 |
| Gold Humanism Honor Society | Indiana University School of Medicine | 2012 |

## PROFESSIONAL DEVELOPMENT:

| Course/Workship Title | Provider | Date |
|---|---|---|
| Eskenazi Hospital Chief Residency | Indiana Unversity School of Medicine | 2015-2016 |
| Clinical Education Teaching Program | Indiana University School of Medicine | 2017 |

| Sailing the High Seas Leadership Development | Indiana University Health | 2017 |
| IU Talk Session | Indiana University Health | 2017 |
| Redcap Training | Indiana Unversity School of Medicine | 2018 |
| The Value of Social Media | Indiana Unversity School of Medicine | 2018 |
| Medical Education Combinator | Indiana Unversity School of Medicine | 2018 |

## **TEACHING:**

TEACHING ASSIGNMENTS:

POSTGRADUATE

| Course # | Short Title | Format | Role | Term |
|---|---|---|---|---|
| 93MD700 | Clinical Infectious Disease | Clinical | Director | 2018 to current |
| 93MD710 | Infectious Disease Research Elective | Research | Director | 2018 to current |
| 93MI690 | MS3 Medicine Clerkship- ID | Clinical | Sub-Director | 2019 to current |

## **MENTORING**

| Individual | Role | Inclusive Dates |
|---|---|---|
| Zahir Sheikh | Medical School Research Mentor | 2018-2019 |
| Brenna McElderry | Medical School Mentor | 2018-2019 |
| Kishan Shah | Medical School Mentor | 2018-2019 |
| Braden Sciarra | Medical School Mentor | 2018-2019 |
| Arefin Chowdhury | Residency Research Mentor | 2018-2019 |
| Madhu Reddy | Fellowship Research Mentor | 2017-2019 |
| Madiha Tahir | Fellowship Mentor | 2017-2019 |
| Jonathan Ryder | Residency Research Mentor | 2018-2020 |
| Jaewon Jung | Medical School Mentor | 2018-2019 |
| Junstin Hendrix | Medical School Mentor | 2019-2020 |
| Nick Litchin | Medical School Mentor | 2019-2020 |
| Wiaam Elkhatib | Medical School Mentor | 2019-2020 |
| Chizelle Onochie | Medical School Mentor | 2018-2020 |
| Amanda Agard | Fellowship Mentor | 2018 to current |
| Humaira Khan | Medical School Mentor | 2020 to current |
| Matthew Stack | Residency Research Mentor | 2020 to current |
| Yebon Oh | Medical School Mentor | 2020 to current |
| Taylor Munsch | Medical School Mentor | 2020 to current |
| Aaron Smith | Medical School Mentor | 2020 to current |
| Omar Elsheikh | Fellowship Research Mentor | 2021 to current |
| Beth Nagel | Residency Research Mentor | 2021 to current |

3

**TEACHING ADMINISTRATION AND CURRICULUM DEVELOPMENT:**

| | | |
|---|---|---|
| Associate Fellowship Director | Fellowship in Infectious Diseases | 2018 to current |
| ID Clinical Track Development | System for structure of ID Fellowship | 2018 to current |
| Infection Prevention Curriculum | Curriculum for Infectious Disease Fellows | 2018 to current |
| Antibiotic Stewardship Curriculum | Implementation and Development of IDSA curriculum to fellows | 2019 to current |
| Advanced Antibiotic Stewardship Curriculum | Implementation and Development of IDSA curriculum to fellows | 2021 to current |
| VIPER: YouTube Channel (https://www.youtube.com/channel/UC3HwM1yj5nhPOjWffgGrM9Q/videos) | Videos for training and education in Infection Prevention for IU Health | 2019 to current |
| eRVU educational development | Training for the Division of Infectious Diseases | 2019 to current |
| Special Elective in ID | "Build your own elective" implementation with the Internal | 2019 to current |
| Delivering Appropriate Feedback | Training for the Division of Infectious Diseases | 2020 to current |
| ID Clinical Conference Director | Weekly Lecture with attendees from across the state and country | 2019 to current |

INVITED PRESENTATIONS- TEACHING
LOCAL

| Title | Organization | Date |
|---|---|---|
| Intern Core Lecture Series | Indiana University School of Medicine | 2014 to 2016 (yearly) |
| University ID Clinical Conference | Indiana University School of Medicine | 2015 to current (monthly) |
| Eskenazi ID Clinical Conference | Indiana University School of Medicine | 2015 to 2020 (monthly) |
| Methodist ID Clinical Conference | Indiana University School of Medicine | 2015 to 2020 (monthly) |
| Infectious Disease Curriculum Session: Endocarditis | Indiana University School of Medicine | 2015 to current (monthly) |
| Quality Minute: 3 Arm Gowns | Indiana University Health | 2017 |
| Host Defense Medical Student Lecture | Indiana University School of Medicine | 2017 |
| C diff Guideline Update | Indiana University School of Medicine | 2018 |
| Let me see that 1,2 Step VIPER | Indiana University Health | 2018 |
| Osteomyelitis for the Nurse Practitioner | Eskenazi Health | 2018 |
| Your Foley is Contaminated VIPER | Indiana University Health | 2018 |
| Empiric Antibiotics | Eskenazi Health | 2018 |

4

| | | |
|---|---|---|
| HIV for Residents | Indiana University School of Medicine | 2018 |
| IMPACT: GI Infections | Indiana University School of Medicine | 2018 |
| Immunodeficiency for Residents | Indiana University School of Medicine | 2018 to current (monthly) |
| Procalcitonin for Hospitalists | Indiana University Health | 2018 |
| UTI for Hospitalists | Indiana University Health | 2018 |
| Quality Minute: Two Step C diff Testing | Indiana University Health | 2018 |
| Urology C Diff Lecture | Indiana University Health | 2018 |
| Quality Minute: Influenza | Indiana University Health | 2018 |
| Transplant Quality Review | Indiana University Health | 2018 to current (monthly) |
| Grand Rounds- Oyez Lectures | Indiana University School of Medicine | 2019 |
| Seeing a Difference in C diff | Indiana University Health | 2019 |
| STD Lecture for Clinical Therepeutics | Indiana University School of Medicine | 2019 |
| Procalcitonin VIPER | Indiana University Health | 2019 |
| Isolation 2.0 VIPER | Indiana University Health | 2019 |
| CHG VIPER | Indiana University Health | 2019 |
| Winter is Coming VIPER | Indiana University Health | 2019 |
| IMPACT: Pneumonia | Indiana University School of Medicine | 2019, 2020 |
| Aint' Nothin but a CHG Thang VIPER | Indiana University Health | 2019 |
| MICU Residen Orientation | Indiana University Health | 2019 to current (monthly) |
| SICU Resident Orientation | Indiana University Health | 2019 to current (monthly) |
| IMPACT: Antibiotic Stewardship | Indiana University School of Medicine | 2019 |
| Chest Conference: MICU HAI Review | Indiana University Health | 2019 |
| Is a Foley ever Indicated | Eskenazi Health | 2019 |
| Critical Care Grand Rounds- Is a Foley Ever Indicated | Indiana University School of Medicine | 2019 |
| Chest Conference: PPE Use | Indiana University School of Medicine | 2020 |
| C diff Lecture for GI Fellows | Indiana University School of Medicine | 2020 to current (yearly) |
| Dermatology Grand Rounds- Ectoparasites | Indiana University School of Medicine | 2020 |
| Ophthalmology Grand Rounds- COVID | Indiana University School of Medicine | 2020 |
| Chaplaincy Department lecture- COVID | Indiana University Health | 2020 |
| GME PPE Training Video for new resident orientation | Indiana University School of Medicine | 2020 |
| EMS Lecture- COVID | Indiana University Health | 2020 |
| HIV Lecture for GI Fellows | Indiana University School of Medicine | 2021 |
| Diagnostic Stewardship for General Surgery | Indiana University School of Medicine | 2021 |
| Chest Conference: COVID | Indiana University School of Medicine | 2021 |

REGIONAL

| Title | Organization | Date |
|---|---|---|
| HIV Update for Family Practice | Indiana Academy of Family Physicians | 2018 |
| Community Acquired Pneumonia | Union Hospital | 2018-2020 (yearly) |

| | | |
|---|---|---|
| Is a Foley Ever Indicated? | APIC Regional Meeting | 2019 |
| Everyone's Infectious | Union Hospital | 2019 |
| Influenza Update | IUH E. Washington Clinic | 2019 |
| COVID Update | One America | 2020 |
| COVID Town Hall | IUPUI | 2021 (x3) |

NATIONAL

| Title | Organization | Date |
|---|---|---|
| Teaching During COVID | ID Week (IDSA) | 2020 |

## SERVICE:

UNIVERSITY SERVICE
DEPARTMENT

| Acitivity | Role | Inclusive Dates |
|---|---|---|
| Infectious Diseases Fellowship | Associate Fellowship Director | 2018 to current |
| Key Clinical Educator | Division Representative | 2018 to current |

SCHOOL

| Acitivity | Role | Inclusive Dates |
|---|---|---|
| Teaching Awards Committee | Member | 2019 to current |
| Curriculum Council Clinical Component Committee | Member | 2019 to 2020 |
| Faculty Commnity Relations Committee | Member | 2019 to 2020 |
| Faculty Steering Committee | FCRC representative | 2019 to 2020 |

CAMPUS

| Acitivity | Role | Inclusive Dates |
|---|---|---|

UNIVERSITY

| Acitivity | Role | Inclusive Dates |
|---|---|---|
| COVID Medical Response Team | Director of Symptomatic Testing | 2020 to current |
| COVID Outbreak Investigation and Response Team | Member/Reviewer | 2020 to current |
| COVID Symptomatic testing Transition Team | Member | 2020 to current |

6

| EALC Meetings- COVID Updates for President McRobbie | Presenter | 2020 to current (weekly) |
| President's Cabinet Meetings- COVID updates | Presenter | 2020 to current (biweekly) |
| IU Regional Dean's Meetings- COVID updates | Presenter | 2020 to current (biweekly) |
| IU COVID Restart Committee | Member | 2020 to current |
| IU Education Restart Committee | Member | 2020 to current |
| GME Coronavirus Rapid Response Team | Member | 2020 to current |

PROFESSIONAL SERVICE
LOCAL

| Organization | Activity | Inclusive Dates |
| --- | --- | --- |
| Indiana University Health | Infection Control Research Committee | 2017 to current |
| Indiana University Health | System Infection Control Committee | 2017 to current |
| Indiana University Health | IP/MD System Dyad Committee | 2017 to current |
| Indiana University Health | Quality Improvement Committee | 2017 to current |
| Indiana University Health | Hand hygiene committee | 2017 to 2020 |
| Indiana University Health | CLABSI Harm Team | 2017 to 2020 |
| Indiana University Health | C diff Harm Team | 2017 to 2020 |
| Indiana University Health | Antibiotic Stewardship Committee | 2017 to current |
| Indiana University Health | AIM Pathology Laboratory Committee | 2017 to current |
| Indiana University Health | MICU end of life culturing QI project | 2018 |
| Indiana University Health | CLABSI Harm Team Toolkit Development | 2018 |
| Indiana University Health | Poor Peripheral Access Algorithm | 2018 |
| Indiana University Health | Foley Point Prevalence Survey | 2018 |
| Indiana University Health | 3E CLABSI Project | 2018 |
| Indiana University Health | Device Round Standardization | 2018 |
| Indiana University Health | Abdominal Transplant Quality Committee | 2018 to current |
| Indiana University Health | CAUTI Harm Team | 2018 to 2019 |
| Indiana University Health | Influenza Incident Command | 2018 to 2020 |
| Indiana University Health | IP orientation for ICU residents | 2018 to current |
| Indiana University School of Medicine | Residency Applicant Inverviewer | 2018 to current |
| Indiana Univeristy School of Medicine | Faculty Awards Committee | 2018 to current |
| Indiana University Health | Isolation 2.0 Curriculum Development | 2019 |
| Indiana University Health | MPCU CAUTI/C diff Harm pilot | 2019 to current |
| Indiana University Health | Transplant CLABSI harm reduction QI project | 2019 to current |

| Indiana University Health | BMT C diff reduction QI project | 2019 to current |
| Indiana University Health | The "Basics" Team for Harm Reduction | 2019 to current |
| Indiana University Health | Augmented C diff response development | 2019 |
| Indiana University Health | Device Indication Standardization Project | 2019 |
| Indiana University School of Medicine | Medical Response Team | 2020 to current |
| Indiana University Health | COVID Incident Command | 2020 to current |
| Indiana University Health | Diagnostic Stewardship System Development | 2020 to current |
| Indiana University Health | Epidural Foley Project with Surgery | 2020 |

REGIONAL

| **Organization** | **Activity** | **Inclusive Dates** |
| --- | --- | --- |
| Indianapolis patient safety coalition | Member | 2017 to current |
| Orange Theory COVID Advisor | Advisor | 2020 to current |
| College Park Church COVID Advisor | Advisor | 2020 to current |

NATIONAL

| **Organization** | **Activity** | **Inclusive Dates** |
| --- | --- | --- |
| Infectious Disease Society of America | Antibiotic Stewardship Education Committee | 2017 to current |

INVITED PRESENTATIONS – SERVICE
LOCAL

| Title | Organization | Date |
| --- | --- | --- |
| Don't trust the Pus | University Hospital | 9/27/2017 |
| Brace for Impact:  The Flu and You | University Hospital | 1/18/2018 |
| Interview for Flu | WTHR | 1/9/2018 |
| Interview for MRSA | RTV6 | 11/3/2017 |
| Interview for Flu | WTHR | 10/12/2017 |

1. http://app.criticalmention.com/app/#clip/view/32671017?token=2642c46b-6c16-444b-88e7-f830ee2a1d45 (WISH)
2. http://wishtv.com/2018/03/22/flu-cases-declining-but-still-as-dangerous-doctors-say/ (WISH)
3. http://wishtv.com/2018/02/13/indiana-flu-deaths-nearly-seventeen-times-higher-than-this-time-last-season/ (WISH)
4. http://wishtv.com/2018/02/13/a-chilling-look-at-this-years-flu-season/ (WISH)
5. https://www.theindychannel.com/news/local-news/indianapolis/indianas-244-flu-related-deaths-include-3-kids-4-or-younger (WRTV)
6. http://app.criticalmention.com/app/#clip/view/32245731?token=f9de2a1d-7441-40b0-83c0-9072090b0ccf (WTHR)
7. http://app.criticalmention.com/app/#clip/view/33752168?token=4df7120b-76f4-4dc9-b29d-e0f54b00ba40 (WISH)

8

8. http://app.criticalmention.com/app/#clip/view/33764096?token=4df7120b-76f4-4dc9-b29d-e0f54b00ba40 (WISH)
9. http://app.criticalmention.com/app/#clip/view/32671015?token=2642c46b-6c16-444b-88e7-f830ee2a1d45 (WRTV)
10. http://indianapublicmedia.tumblr.com/post/172040087114/hospitals-lift-visitor-restrictions-as-flu-season (WFIU)

| Interview for Flu | WTHR/NPR | 10/18/2018 |
| Interview for Chagas | WTHR | 6/201/2019 |

REGIONAL
| Title | Organization | Date |
| Community-Acquired Pneumonia | Union Hospital Terra Haute | 1/17/2018 |

NATIONAL
| Title | Organization | Date |

INTERNATIONAL
| Title | Organization | Date |

**PUBLICATIONS:**

TEACHING
Refereed
Luther VP, Shnekendorf R, Abbo LM, Advani S, Armstrong WS, Barsoumian AE, Beeler CB, Bystritsky R, Cherabuddi K, Cohen S, Hamilton KW, Ince D, Justo JA, Logan A, Lynch JB 3rd, Nori P, Ohl CA, Patel PK, Pottinger PS, Schwartz BS, Stack C, Zhou Y. Antimicrobial Stewardship Training for Infectious Diseases Fellows: Program Directors Identify a Curriculum Need. Clin Infect Dis. 2018 Apr 16. doi: 10.1093/cid/ciy332.
Contribution- Curriculum development, manuscript editing

Non-refereed

RESEARCH/CREATIVE ACTIVITY
Refereed

Non-Refereed

SERVICE
Refereed

Chung, EK, Beeler, CB, Muloma, EW, Osterholzer, D, Damer, KM, Erdman, SM. Development and implementation of a pharmacist-managed outpatient parenteral antimicrobial therapy program. American Journal of Health-System Pharmacy. January 1, 2016 Vol. 73 no. 1 e24-e33.
Contribution- Manuscript development, editing

Beeler C, Dbeibo L, Kelley K, Thatcher L, Webb D, Bah A, Monahan P, Fowler NR, Nicol S, Judy-Malcolm A, Azar J. Assessing patient risk of central line-associated bacteremia via

9

machine learning.  Am J Infect Control. 2018 Apr 13. pii: S0196-6553(18)30143-3. doi: 10.1016/j.ajic.2018.02.021.
Contribution- Project conception, implementation training, data collection, data analysis, manuscript writing, editing

Azar J, Kelley K, Dunscomb J, Perkins A, Wang Y, Beeler C, Dbeibo L, Webb D, Stevens L, Luektemey M, Kara, A, Nagy R, Solid CA, Boustani, M. Using the agile implementation model to reduce central line-associated bloodstream infections.  Am J Infect Control. 2019 Jan;47(1):33-37. Doi:  10.1016/j.ajic.2018.07.008.
Contribution- Manuscript editing

Dbeibo L, Kelley K, Beeler C, Kara A, Monahan P, Perkins AJ, Wang Y, Brinkman A, Snyderman W, Hatfield N, Wrin J, Miller J, Webb D, Azar J. Achieving Clostridioides difficile infection Health and Human Services 2020 goals:  Using agile implementation to bring evidence to the bedside.  Infect Control Hosp Epidemiol. 2019. Dec 5:1-3. doi: 10.1017/ice.2019.337
Contribution- Manuscript editing

Beeler C, Kerley D, Davis C, Hazen D, Snyderman W, Lyons K, Sadowski J, Sweeney J, Debibo L, Kelley K, Webb DH. Strategies for the successful implementation of disinfecting port protectors to reduce CLABSI in a large tertiary care teaching hospital. Am J Infect Control. 2019 Dec;47(12): 1505-1507. doi: 10.1016/j.ajic.2019.05.016
Contribution- Project conception, implementation training, data collection, data analysis, manuscript writing, editing

Dbeibo, L., Brinkman, A., Beeler, C., Fadel, W., Snyderman, W., Hatfield, N., Sadowski, J, Wang Y, Kelley K, Webb D, Azar J, Kara, A. (2020). Utilizing a real-time discussion approach to improve the appropriateness of Clostridioides difficile testing and the potential unintended consequences of this strategy. Infection Control & Hospital Epidemiology, 41(10), 1215-1218. doi:10.1017/ice.2020.276
Contribution- Manuscript editing, scripting review

Dbeibo, L., Brinkman, A., Beeler, C., Kelley, K., Fadel, W., Wang, Y., Snyderman, W, Hatfield N, Sadowski J, Kara, A. (2020). Assessing the Efficacy and Unintended Consequences of Utilizing a Behavioral Approach to Reduce Inappropriate Clostridioides difficile
Testing. Infection Control & Hospital Epidemiology, 41(S1), S58-S59. doi:10.1017/ice.2020.543
Contribution- Manuscript editing

Valinetz, Ethan MD; Beeler, Cole MD; Erdman, Sharon M. PharmD, FIDP. Outcomes of Orthopedic Hardware-Related Infection Treated Via a Public Teaching Hospital Outpatient Parenteral Antimicrobial Therapy Program, Infectious Diseases in Clinical Practice: December 28, 2020 - Volume Publish Ahead of Print - Issue -
Contribution- Case review, data analysis, resident mentoring, manuscript development and editing

Gavin W, Campbell E, Zaidi S, Dbeibo L, Beeler C, Kuebler K, Abdel-Rahman A, Luetkemeyer M, Kara A. Clinical characteristics, outcomes, and prognosticators in adult patients hospitalized with COVID-19.  Am J Infect Control. Volume 49, Issue 2, February 2021, Pages 158-165.
Contribution- Study Design, Manuscript editing

10

Shannon Page, Dana Hazen, Kristen Kelley, Ranjeet Singh, Richard B. Rodgers, Brian Brewer, Joshua Sadowski, Armisha Desai, Cole Beeler, Douglas Webb, Jose Azar, Lana Dbeibo, Changing the culture of urine culturing: Utilizing Agile Implementation to improve diagnostic stewardship in the ICU, American Journal of Infection Control, Volume 48, Issue 11, 2020, Pages 1375-1380, ISSN 0196-6553, https://doi.org/10.1016/j.ajic.2020.01.022.
Contribution- Manuscript editing

Dbeibo, L., Kuebler, K., Keen, A., George, A., Kelley, K., Sadowski, J., Basham, L, Beeson T, Schmidt CM, Beeler C, Webb, D. (2021). Assessment of a Universal Preprocedural Screening Program for COVID-19. Infection Control & Hospital Epidemiology, 1-9. doi:10.1017/ice.2021.40
Contribution- Manuscript editing

Barros, N, Sharfuddin, AA, Powelson, J, Yaqub M, Adebiyi O, Beeler C, Lutz A, Fridell J. Rabbit anti-thymocyte globulin administration to treat rejection in simultaneous pancreas and kidney transplant recipients with recent COVID-19 infection. Clin Transplant. 2021; 35:e14149. https://doi.org/10.1111/ctr.14149
Contribution- Manuscript editing

Andrew M. Peseski, Mitchell McClean, Steven D. Green, Cole Beeler & Heiko Konig (2021) Management of fever and neutropenia in the adult patient with acute myeloid leukemia, Expert Review of Anti-infective Therapy, 19:3, 359-378, DOI: 10.1080/14787210.2020.1820863
Contribution- Literature search, Joint presentation with Heme/Onc, Resident mentorship, manuscript editing

Non-refereed

_____     _____
(Date)                  (Signature of Candidate)

11