Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION
RYAN KLAASSEN, JAIME CARINI,
D.J.B., by and through his
next friend and father, DANIEL
G. BAUMGARTNER, ASHLEE MORRIS,
SETH CROWDER, MACEY POLICKA,
MARGARET ROTH, and NATALIE
SPERAZZA,
    Plaintiffs,
vs.    Case No. 1:21-cv-00238
THE TRUSTEES OF INDIANA
UNIVERSITY,

    Defendant.

REMOTE ORAL DEPOSITION OF JAIME CARINI
TAKEN ON BEHALF OF THE DEFENDANT
ON JUNE 1, 2021, BEGINNING AT 1:02 P.M. CST

APPEARANCES

On behalf of the PLAINTIFFS:

Ms. Melena S. Siebert, Esq.
THE BOPP LAW FIRM
1 South 6th Street
Terre Haute, Indiana 47807
(812) 232-2434
msiebert@bopplaw.com
On behalf of the DEFENDANT:
Ms. Stephanie Gutwein, Esq.
FAEGRE, DRINKER, BIDDLE & REATH
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
(317) 237-0300
stephanie.gutwein@faegredrinker.com

REPORTED BY: D. Luke Epps, CSR, RPR

---

Page 2

1              INDEX
2                    Page
3  Direct Examination by Ms. Gutwein     4
4  Cross-Examination by Ms. Siebert     88
5
6            EXHIBITS
7  Exhibit     Description     Page
8  1    Verification of Jaime Carini    36
9  2    Verified Complaint for Declaratory    58
        and Injunctive Relief
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 3

1          STIPULATIONS
2       It is hereby stipulated and agreed by and
3  between the parties hereto, through their respective
4  attorneys, that the remote oral deposition of Jaime
5  Carini may be taken pursuant to notice and in
6  accordance with the Federal Rules of Civil Procedure
7  on June 1, 2021, before D. Luke Epps, CSR, RPR.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 4

1      THE REPORTER: All parties to this
2  deposition are appearing remotely and have agreed to
3  the witness being sworn in remotely. Due to the
4  nature of remote reporting, please pause briefly
5  before speaking to ensure all parties are heard
6  completely. Counsel, please state your appearance.
7      MS. SIEBERT: My name is Melena Siebert.
8  I'm counsel for plaintiff, Jaime Carini.
9      MS. GUTWEIN: Stephanie Gutwein, counsel
10  for Indiana University.
11      (Oath administered.)
12  WHEREUPON,
13        JAIME CARINI,
14  after having been first duly sworn, deposes and
15  says in reply to the questions propounded as
16  follows, to-wit:
17     DIRECT EXAMINATION
18  BY MS. GUTWEIN:
19    Q  Okay. Thanks again for being here, Jaime.
20  You just -- I introduced myself a minute ago, but
21  I'll just do it again on the record. I'm Stephanie
22  Gutwein, and I'm here as a lawyer for Indiana
23  University, and I'm just going to add a couple of
24  procedural things into the record before we get
25  started. So the parties have agreed that you could

EXHIBIT
121

Page 5

1  be sworn in remotely, which you just were, and
2  because we're doing this deposition virtually, if
3  there are any technical issues, we've agreed that
4  we'll, you know, pause the deposition and try to
5  resolve those.  So if at any point, you know, you
6  can't hear me or I freeze or you freeze or your
7  counsel freezes or anything like that, type
8  something into the chat or, you know, try to get in
9  touch with your lawyer and we'll make sure to pause
10  so we can fix it; okay?
11      A  Sounds great.
12      Q  I know that you mentioned that it's a semi
13  private space.  Do you have other people in the room
14  with you right now?
15      A  No.  There are no other people in the
16  room.
17      Q  Okay.  If at some point during the
18  deposition someone else comes into the room, will
19  you please let me know?
20      A  Yes.  They should -- yeah, again,
21  they're -- they're not going to be coming in and
22  bothering me, but I will let you know.
23      Q  Thank you.
24      A  I have earbuds in so they cannot hear your
25  questions.

Page 6

1      Q  Okay.  Have you ever given a deposition
2  before?
3      A  Yes.
4      Q  How many times?
5      A  Once.
6      Q  And what did that relate to?
7      A  Do I have to answer this question?  Does
8  it relate -- okay.  All right.  I'm sorry.  Not to
9  be --
10      MS. SIEBERT:  No.  That's okay, Jaime.
11  Just -- and I'll cover this just procedurally.  You
12  know, if -- if there's an objection, I'll make it,
13  and -- but even with an objection, unless I instruct
14  you not to answer, please just go ahead and answer.
15  So there's no objection to this question just for
16  the record.
17      THE WITNESS:  Okay.  Thank you for the
18  reminder.  Yes, and it was pertaining to a car
19  accident.
20      Q  (BY MS. GUTWEIN)  Okay.  How long ago was
21  that?
22      A  The deposition or the car accident?
23      Q  Sorry.  Thank you for asking me to
24  clarify.  The deposition.  How long ago was the
25  deposition?

Page 7

1      A  I -- I can -- I can give you a round
2  estimate.
3      Q  That's just fine.
4      A  Because I don't remember.  Okay.  A round
5  estimate, it was 20 -- it was after 2016.  It was
6  between -- because that's -- it was after 20 -- it
7  was sometime in 2018 or 2019.  I think it was
8  probably 2018.
9      Q  Okay.  And is that the only deposition
10  you've ever participated in?
11      A  Yes.
12      Q  Besides today?
13      A  Yes.
14      Q  Okay.  With a little bit of experience,
15  you might have a little bit of an idea of what to
16  expect today, but I'm going to go over the process
17  just a little bit.  I'm going to ask you some
18  questions today, and I'm just looking for your
19  truthful answers.  This is not a test, so there's no
20  right or wrong answers as long as you're being
21  honest.  As your lawyer just explained to you, you
22  might hear some objections, and that's okay.  You
23  should still answer unless she instructs you not to.
24  You understand that you just gave an oath to testify
25  truthfully to the best of your ability; is that

Page 8

1  right?
2      A  Yes.
3      Q  And is there any reason you can think of
4  that you wouldn't be able to do that today?
5      A  No.
6      Q  Do you have any notes or documents with
7  you?
8      A  No.
9      Q  If you make any notes or pull out any
10  documents during the deposition, will you let me
11  know?
12      A  Yes.
13      Q  Thank you.  I am going to ask that while
14  we're on the record today, you don't communicate
15  with anybody, you know, texting or emailing or
16  anything like that; is that okay?
17      A  Yes.
18      Q  Okay.  If you need to talk to your lawyer
19  at some point, just let me know, and we can take a
20  break so you can do that.  I'll just ask that you
21  answer whatever question is pending before we take a
22  break.
23      A  Okay.
24      Q  Okay.
25      A  Thanks.

Page 9

1    Q   If at any point you don't understand my
2  question today, will you please let me know so that
3  I can rephrase or clarify?
4    A   Yes.
5    Q   Thank you.  If you answer my question, I'm
6  going to under -- I'm going to take it that you
7  understood my question.  Is that an okay approach?
8    A   Yes.
9    Q   Okay.  The other thing that I've noticed
10  is, you've been doing some head nods, and that is
11  perfectly fine and totally a natural human tendency.
12  Luke is only able to take down what we say out loud,
13  so we just need to make sure that in addition to any
14  gestures, you're vocalizing your answers; okay?
15    A   Okay.
16    Q   And I'll try to help you and so will your
17  lawyer.  It's so natural not to say everything out
18  loud.  So ...
19    A   All right.
20    Q   Are you comfortable with my calling you
21  Jaime today during the deposition or would you like
22  me to refer to you some other way?
23    A   Jaime is fine as long as we're all on a
24  first name basis.
25    Q   Okay.  Yes.  You're welcome to call me

Page 10

1  Stephanie.  That's just fine also.
2    A   All right.  Thank you.
3    Q   Uh-huh.  And then I might at different
4  points during the deposition refer to Indiana
5  University as IU.  Is that okay with you?
6    A   Yes.
7    Q   Okay.  Can you please state your full name
8  for the record?
9    A   Yes.  My name is Jaime Carini.
10    Q   And how old are you, Jaime?
11    A   I am 39 years old.
12    Q   Okay.  Are you aware that there are other
13  co-plaintiffs who are litigating this lawsuit with
14  you?
15    A   Yes, I am.
16    Q   Have you met any of those other
17  individuals?
18    A   No, not in person.  May I -- Melena,
19  should I answer?  May I consult with my attorney for
20  just a moment?
21    Q   Well, give me whatever your answer is so I
22  can clarify my question.  Have you met any of those
23  individuals in person?
24    A   No.
25    Q   Have you spoken to those individuals --

Page 11

1  did you speak to any of those individuals before the
2  lawsuit was filed?
3    A   No.
4    Q   Have you spoken to them since?
5    A   Yes.
6    Q   Okay.  And I'm not going to ask you about
7  the substance of your conversations, so ...
8    A   Okay.
9    Q   So do you know that other of those
10  co-plaintiffs were deposed in this lawsuit?
11    A   Yes.
12    Q   Have you talked to anyone about those
13  depositions?
14    A   No.
15    Q   Have you seen any transcripts of those
16  depositions?
17    A   No.
18    Q   So do you know -- other than that they
19  occurred, do you know anything about those
20  depositions?
21    A   No.
22    Q   Okay.  How did you come to learn about
23  this lawsuit?
24    A   I learned about it in -- in a park in
25  Bloomington.  Someone was passing out flyers

Page 12

1  actually about the rally, and, yes, about a rally,
2  and she told me about the lawsuit, too.
3    Q   What rally are you referring to?
4    A   I don't remember the exact name.  It was
5  sponsored by IU Family for Choice, not Mandates.
6  That's the approximate title.
7    Q   Okay.  And I think I understood you to say
8  the woman who you received the flyer from also told
9  you about this lawsuit?
10    A   Yes.
11    Q   What did she tell you about it?
12    A   I don't remember exactly, to be honest.
13    Q   Can you give me a general idea of what she
14  told you?
15    MS. SIEBERT:  I'm going to object for
16  hearsay, but go ahead and answer, Jaime.
17    THE WITNESS:  The gist -- I mean, like I
18  said, I don't remember specifically.  The gist was
19  that there were families who were resisting the
20  mandates, and -- and I wanted -- yes.  That's all.
21    Q   (BY MS. GUTWEIN)  Okay.  And so what did
22  you do after she told you about the lawsuit?
23    A   I looked into -- she did tell me that --
24  well, I looked into it.  I researched what they --
25  what exactly they were concerned about and to see if

Page 13

1   their concerns aligned with mine.
2       Q   When you say, "they," you said they were
3   concerned about.  Who is the "they" that you're
4   referring to?
5       A   The organization, IU Family for Choice,
6   not Mandates.
7       Q   Okay.  So you looked the organization up
8   online?
9       A   Yes.
10      Q   And you read about what their concerns
11  were in connection with IU?
12      A   I don't remember what they had available
13  at that time.  Yeah.  I -- I learned -- yeah.  I --
14  I -- I think I'll -- I'll leave my question -- my
15  answer there, or can you restate your question,
16  please?
17      Q   Sure.  You testified that you researched
18  what the organization was concerned about to see if
19  their concerns aligned with yours.  So I guess what
20  I'm interested in is how did you conduct your
21  research?
22      A   How did I conduct -- they had -- well,
23  I -- now I'm thinking I answered in the affirmative
24  to something I don't remember for sure, and I -- I
25  feel -- I didn't -- was not trying to be

Page 14

1   intentionally leading anyone on.  I remember I
2   looked up the woman and what her position was to see
3   if she was consistent with what she was telling me
4   and what she had talked about, and then -- I know
5   what I did.  I called -- I called Jim Bopp's law
6   firm, and that's how I found more about -- about the
7   suit.  That's what I did.  Is it okay to correct my
8   earlier statements?
9       A   Sure.  Yes.
10      A   Okay.
11      Q   Again, this is not a quiz.  It's just to
12  get information.  So if at some point today you said
13  something and then you realized later that you,
14  know, you thought of something else, you just need
15  to let me know.
16      A   Okay.  Yeah.  Sorry.  It's amazing how
17  quickly memories fade.
18      Q   When was that timing when you received the
19  flyer?
20      A   The flyer was Memorial Day.
21      Q   Okay.  Do you remember when you contacted
22  Jim's law firm?
23      A   Not precisely.
24      Q   Was it soon after you received the flyer
25  or a little while?

Page 15

1       A   Goodness.  The only way I would know is to
2   look through my email.
3       Q   Okay.  You don't need to do that right
4   now, of course.
5       A   Okay.
6       Q   Do you remember the name of the woman who
7   gave you a flyer?
8       A   I do.  Her name is Margaret Menge, or
9   M-E-N-G-E.  I'm not sure how she pronounces it.
10      Q   Okay.  And so you looked her up and then
11  through her you found Jim's law firm?
12      A   She told me about Jim's law firm, yes.
13  Yes.
14      Q   Okay.
15      A   Yeah.  So I looked her up.  I remember
16  that for sure, and I called -- and then I did not
17  reach out to Jim's law firm right away, but I -- but
18  she's the one who told me about him.  So she was,
19  you know, my -- not necessarily a contact, but --
20  but, yes, she knew about the suit and about who was
21  filing it.
22      Q   Okay.  I want to talk just a little bit
23  about you and your education at IU.
24      A   Uh-huh.
25      Q   I understand that you are in the middle of

Page 16

1   pursuing two doctorates at IU; is that right?
2       A   Yes.
3       Q   And one is a doctorate in music and one is
4   a Ph.D. -- excuse me, music and literature, and one
5   is a Ph.D. in musicology?
6       A   I'd like to make a correction.
7       Q   Sure.
8       A   Organ performance and literature.
9       Q   Okay.  Is the doctorate in music?
10      A   Yes.  Doctor of music in organ performance
11  and literature.
12      Q   Okay.  And then the Ph.D. is in
13  musicology?
14      A   Yes.
15      Q   And when did you start -- did you start
16  those programs simultaneously?
17      A   No.
18      Q   So can you tell me when you started the
19  doctorate in music?
20      A   Yes.  I started the doctorate of music in
21  August 2014.
22      Q   Okay.  And have you been pursuing that at
23  IU the entire time?
24      A   Yes.
25      Q   Has it been something that --

Page 17

1    A   Actually may I ask for a clarification --
2    Q   Sure.
3    A   -- by "entire time"?  Do you mean, like,
4   am I -- yes.
5    Q   So I'll ask that two different ways.  One
6   is, have you worked on that doctorate at any other
7   institution besides IU?
8    A   No.
9    Q   Okay.  And have you been working on that
10  doctorate consistently since 2014?
11   A   Yes.
12   Q   Has there -- has there been any time
13  period where you've, you know, taken a break or -- I
14  guess -- I'm not super familiar with how that
15  doctorate program works, so is that something that,
16  you know, it's just -- you work on it over the
17  period of several years or have you taken time off
18  from that and returned to it?
19   A   I did take time off.
20   Q   When did you do that?
21   A   From 2018 -- from the summer of 2018 to
22  January of 2020.
23   Q   Okay.  Why did you take that time off?
24   A   I was not well, so it was a medical leave.
25   Q   Okay.  Was that something that I -- you

Page 18

1   worked with IU to arrange that medical leave?
2    A   Well, yes.  There's two -- there's a
3   two-part answer.  One is yes on the funding side of
4   it.  The way our -- we have contracts with the
5   university for funding for a certain number of
6   years.  So, yes, on that I had to work with them,
7   but on the other -- another aspect of the degree
8   program is that as long as you finish your
9   coursework within a seven-year period, you don't
10  have to come.  Like, you can take a semester off if
11  you want to, and it's not a big deal.  And I --
12  yeah.  That's -- it's a two-piece question, and
13  because I had funding, both of those applied to me.
14   Q   Okay.  When you said you have to finish it
15  in a seven-year period --
16   A   Uh-huh.
17   Q   -- if I do seven years from 2014, that
18  gets me, I think, to 2021.  So does that mean you're
19  close to finishing or does that leave give you
20  additional time to finish?
21   A   No.  The leave -- so when I finish -- I
22  hope I said coursework.  I meant -- that was --
23   Q   Okay.
24   A   -- an important part of my answer.  We
25  have several timelines within our degree program.

Page 19

1   So -- so -- so seven years is just to finish the
2   coursework part of that degree program.  Remind me
3   what the other part of your question was, please.
4    Q   Well, so what parts of your degree program
5   are there besides coursework?
6    A   There's coursework, and there's exams, and
7   then there's dissertation.
8    Q   And so how much -- much work left do you
9   have on the coursework piece of it?
10   A   I am finished with coursework.
11   Q   Okay.  And then you have -- do you have
12  exams that remain?
13   A   Yes.
14   Q   And what are those?
15   A   I have two exams.  One in organ
16  performance and the other for musicology.  They're
17  both -- they're both called major field exams.
18   Q   And what -- tell me about what the process
19  of those exams is like.
20   A   The exam itself is an eight-hour written
21  exam, so you prepare for it for months, and then you
22  go in a room by yourself and you write for eight
23  hours, and that's -- and then you're graded on it on
24  a -- I think it's pass or fail.  That part, I don't
25  remember so much, but, yeah.

Page 20

1    Q   Okay.  So you have two exams that you have
2   to take is what I understood you to say that you
3   haven't taken yet?
4    A   Right.
5    Q   When -- are you scheduled -- let me strike
6   that.  Do you know when you might be taking these
7   exams?
8    A   I only have a general -- a general
9   timeline.
10   Q   What's that?
11   A   Within the next academic year.
12   Q   Okay.  And you ultimately --
13   A   I can tell you -- I can tell you
14  specifically.  I took a minor field exam yesterday,
15  and that starts the exam timeline, which is one
16  year.  So I have a year between yesterday -- I have
17  364 days to finish my other two exams.
18   Q   Okay.  That's nice you got it started.
19   A   Yeah.
20   Q   What was the process of taking your minor
21  field exam yesterday?
22   A   It's similar to the major field exams,
23  except instead of writing for eight hours, I wrote
24  for four hours.
25   Q   Where did you go to take that exam?

Page 21

1    A    They're letting us take the exams
2  virtually right now.
3    Q    Are you able to take -- I'm sorry.  Go
4  ahead.
5    A    Go ahead.  No, I'm good.
6    Q    So is it -- is it your -- is it accurate,
7  then, that you didn't have to go anywhere in
8  particular to take it?  You could take it from
9  wherever you wanted?
10    A    Yes.
11    Q    Okay.  Are you -- do you have the option
12  to take either of the major exams that you described
13  virtually?
14    A    I don't remember.  We're in the middle of
15  policy changes again in the school of music, so I
16  would have to check on those for the fall and the
17  spring semesters.
18    Q    If you had wanted to take the major exams
19  sooner, could you take them whenever you wanted?
20    A    Can you rephrase the question?
21    Q    Sure.  Are you able to pick the day when
22  you take your major exams?
23    A    Yes.
24    Q    Could you have taken them before today if
25  you had wanted to?

Page 22

1    A    No.  Not -- no, not -- one of them, no.
2  Not one of them.  One of them is contingent on my
3  completing my next organ recital.
4    Q    And when is that?
5    A    This fall, early fall.
6    Q    Is that something that IU scheduled for
7  the fall or is that something that you scheduled for
8  the fall?
9    A    I'm going to wrap this answer to answer
10  your question about scheduling exams and recitals.
11  These recitals and exams are scheduled in
12  consultation with my professors and my committee
13  members.  So they only let it -- we all agree -- I
14  have a say, too.  We all determine on a date when I
15  can do my absolute best.
16    Q    Okay.  The recital that you were just
17  describing --
18    A    Yes.
19    Q    -- that's coming up, is that something
20  that you all have do in person or could you do that
21  virtually?
22    A    That will have to be done in person.
23    Q    During the pandemic before, did you have
24  any recitals?
25    A    No, I did not.

Page 23

1    Q    Do you like the recitals?
2    A    I do now.  I do now.
3    Q    Yeah.  Okay.  So those major --
4    A    It's a performance like -- it's like a --
5  it's a performance, like being in a courtroom in
6  front of a judge.
7    Q    Pressure.  Fun pressure?
8    A    Uh-huh.
9    Q    Besides the two major exams that you
10  described and the organ recital, I think, right, are
11  there other -- you said, then, I think the
12  dissertation was the other requirement for your --
13  to complete your doctorate in music; is that right?
14    A    Yes.
15    Q    And what's the timeline for that?
16    A    We have up to seven years.
17    Q    Seven years from when?
18    A    Seven years from June 30th, 2022.
19    Q    Okay.
20    A    Or, no.  Let me rephrase that.  Seven
21  years from the date I finish my last oral exam.
22    Q    Your last --
23    A    It could be -- yes.  So our major field
24  exams are two parts, they're written and oral.  I'm
25  sorry.  I forgot that part.

Page 24

1    Q    You're fine.
2    A    Yeah.
3    Q    Okay.
4    A    So -- and the oral exams come close on the
5  heels of the major field exam, or of the written
6  part, yeah.
7    Q    Okay.  And then once you've completed your
8  major exams is when the timeline for your
9  dissertation starts?
10    A    Yes.
11    Q    Okay.  So to complete your doctorate in
12  music, you have two major exams, both written and
13  oral left, the components of those.  You have your
14  organ recital, and then after that you'll have to
15  turn to your dissertation; is that right?
16    A    Yes.  Hold on a sec.  Sorry.  I just put
17  my phone in airplane mode.
18    Q    It's okay.
19    A    There we go.  I have -- just for
20  clarification, I do have two recitals.
21    Q    Okay.
22    A    Yeah.  So my plan is to do one in the fall
23  and the next one in the spring.
24    Q    So two required recitals is what you mean?
25    A    Yes.

Page 25

1    Q   Is there any -- are there any other
2  requirements to complete -- not -- not to minimize
3  those, they're big obviously, but besides the
4  requirements that we've talked about, are there any
5  other requirements to complete your doctorate in
6  music?
7    A   Not that I know of.
8    Q   Okay.  Turning to your Ph.D., when did you
9  start that program?
10   A   I started that program in the fall -- in
11  August 2016.
12   Q   Okay.  And what is the nature of the work
13  that that program entails?
14   A   Can you rephrase?
15   Q   Sure.  So Ph.D. programs are another thing
16  that I'm not super familiar with.  So for that
17  program, do you attend classes?  Do you teach?
18  What -- what are the requirements of that program to
19  complete it?
20   A   Yes.  Attending classes is important.
21  Taking -- taking the exams that we've talked about
22  is -- is a requirement, and writing a dissertation
23  is a requirement of that, and we do teach as well as
24  part of our program.  The teaching is not required,
25  but it's an important opportunity for all of us, for

Page 26

1  all of us there.
2    Q   Okay.  Have you been pursuing your
3  Ph.D. since 2016 only at Indiana University or was
4  there a time that you worked on part of that at a
5  different institution?
6    A   No.  I've only worked on it at Indiana
7  University.
8    Q   Have you been pursuing it with --
9  consistently with no breaks since 2016 or did you
10  also take a break from your Ph.D. program?
11   A   Sorry.  Can you rephrase the question
12  again?
13   Q   Sure.
14   A   I know what you're asking, but I'm not
15  sure how to -- how to phrase my answer.
16   Q   I'm just trying to understand, for your
17  doctorate program, I think you said you took -- took
18  some time -- took leave, medical leave, starting in
19  2018?
20   A   Uh-huh.
21   Q   And so I'm trying to understand whether
22  there was any point in pursuing your Ph.D. that you
23  took leave or a break from that program or whether
24  you have been, you know, consistently working
25  without any breaks since 2016.

Page 27

1    A   I did not actively work on my Ph.D.,
2  meaning I was not formally enrolled in classes, but
3  I did have incompletes related to the medical leave
4  -- related to the medical issues that prompted the
5  medical leave, and so I took that time actually
6  working -- while I was recovering, to finish some
7  incompletes.
8    Q   So when you said that you were -- I think
9  you said -- did you say, "inactive"?  Is that the
10  word that you used?
11   A   Not actively.
12   Q   Not actively working.
13   A   Uh-huh.
14   Q   So is that -- is that another program
15  where you have a certain amount of time to complete
16  it, and you can sort of choose when you're going to
17  be actively working on it?
18   A   Yes.  Yes.  This degree, the musicology
19  degree, was tied to my doctorate, so the timeline
20  for the musicology degree was short -- was shortened
21  to five years instead of seven, and that's just for
22  completing the coursework part.
23   Q   Five years from 2016?
24   A   Uh-huh.
25   Q   Okay.  How much coursework do you have

Page 28

1  left for your Ph.D.?
2    A   None.  That is all complete.
3    Q   Okay.  Congratulations.
4    A   Thank you.
5    Q   So what do you have left to complete as
6  requirements for your Ph.D. program?
7    A   Just to clarify, it's sort of wrapped up
8  in what we -- what we talked about before.  So at
9  this point, I -- it is a double doctorate, and
10  because they've tied them together, I think of it as
11  a timeline for, like -- and I think that's how
12  every -- my professors think of it, too.  The -- so
13  I'll speak specifically to the Ph.D. portion since I
14  spoke to it as a whole before.  The Ph.D. portion, I
15  have one major field exam, and then I have a
16  dissertation to write.  This dissertation is the
17  same dissertation I spoke of when we talked about
18  all of my remaining requirements.
19   Q   Okay.  So when we were talking about the
20  two major exams with both the oral and written
21  components and the two recitals and the
22  dissertation, that -- that -- those requirements
23  will allow you to complete both of your pending
24  degrees?
25   A   Yes.

Page 29

1    Q   Okay.  And so besides those requirements,
2    are there any others that you have to satisfy for
3    either of your degrees?
4    A   Not that I can think of.
5    Q   Okay.  For your -- for either of your
6    degrees, so I'll just talk about in general, as part
7    of pursuing these degrees, have you taught any
8    classes?
9    A   Yes.
10   Q   Tell me about that.  What did you teach?
11   A   In summer of 2017, I taught a class called
12   M401, which is -- which is undergraduate music
13   history, and -- and that's what we think of as early
14   music history.  In summer of 2020, I taught M402,
15   which is also undergraduate music history, and we
16   think of that as more modern, like, romantic to
17   modern, and I need to clarify.  When I say,
18   "taught," at this point, I was, like, teaching as an
19   associate instructor.  So -- so we have -- yes.  So
20   students -- so students have lectures with the
21   instructor of record, and then they'll work with me.
22   We'll have more conversation and dialogue.
23   Q   Okay.  When you taught in summer 2020 --
24   A   Uh-huh.
25   Q   -- did you teach class in person or

Page 30

1    online?
2    A   No.  I taught class online.
3    Q   How was that experience for you?
4    A   It -- it was -- it was fine.  It worked
5    out okay.
6    Q   Okay.
7    A   We were all, you know --
8    Q   Sorry.
9    A   We were all -- I mean, everybody was
10   experimenting at that point.
11   Q   Sure.  Are there any other classes that
12   you've taught as part of your pursuit of these
13   degrees besides the two that we just talked about?
14   A   No.
15   Q   Okay.  This summer, what have you been
16   spending your time doing?
17   A   I was -- this -- I've been working towards
18   completing my degree requirements.
19   Q   Okay.  And when you say working towards
20   that, what is the nature of the work that you've
21   been doing?
22   A   Practicing the pipe organ and studying for
23   the exam that I took yesterday.
24   Q   Where do you practice?
25   A   When I'm in Bloomington, I practice on

Page 31

1    campus.  That's where we have instruments and the --
2    you know, concert halls.  And I'm in Oklahoma at the
3    moment, so I have -- I'm friends with a lot of the
4    church musicians in Tulsa, so I'm practicing --
5    practicing there.
6    Q   At churches in Tulsa?
7    A   Uh-huh.
8    Q   When's the last time that you were in
9    Bloomington?
10   A   One sec.  It was June.  I've only been --
11   been here for a few weeks.  Let me think real quick.
12   June 11th is when I came back to Oklahoma.
13   Q   Are you from Oklahoma?
14   A   Yes.
15   Q   Okay.  So when you say, "came back,"
16   your -- your previous home before going to --
17   A   Well, yes.  Actually this is my permanent
18   residence still.
19   Q   Okay.  So when you were in Bloomington in
20   June before you returned to Tulsa, how long had you
21   been in Bloomington?
22   A   How long had I been in Bloomington
23   since -- can you rephrase your question?
24   Q   Sure.  I'm just -- I'm trying to figure
25   out -- you said that you were in Bloomington in

Page 32

1    June.
2    A   Uh-huh.
3    Q   When did you get to Bloomington that led
4    to you being in Bloomington in June for that
5    particular time period --
6    A   For that time period?
7    Q   -- that you were in June -- that you were
8    in Bloomington?  Excuse me.
9    A   I was -- I came home in March for -- yeah.
10   I came home in March for, like, a week, a couple of
11   weeks, and then I was in Bloomington since then.
12   Q   How often do you go between Oklahoma
13   and -- or Tulsa and Bloomington?
14   A   Uh-huh.  Roughly speaking, two to three
15   months.
16   Q   You'll go two to three months in
17   Bloomington and then return to Tulsa?
18   A   Yes.
19   Q   And when you return home, how long do you
20   usually stay before you go back to Bloomington?
21   A   There -- there is no set time frame that
22   I'm in Tulsa.  Some -- some trips are longer.  Some
23   are shorter.
24   Q   Okay.  So is it -- was the last time -- I
25   understand that you went back to Tulsa in March, and

Page 33

1    then returned to Bloomington after a week, I think
2    you said?
3        A   Yeah.  It turned out to be a couple of
4    weeks.
5        Q   Okay.  And then you stayed in Bloomington
6    through June?
7        A   Uh-huh.
8        Q   Before -- for the 2020 to 2021 school
9    year, so last school year, did you spend most of
10   your time in Bloomington or where -- where were you
11   spending your time?
12       A   I did spend most of my time in
13   Bloomington.
14       Q   And where do you live when you're in
15   Bloomington?
16       A   I live south of campus.  I live in my own
17   housing.
18       Q   Like, an off-campus house?
19       A   Uh-huh.
20       Q   Okay.  Do you live by yourself or do you
21   have others that you live with there?
22       A   I do live by myself.
23       Q   Nice.
24       A   Uh-huh.
25       Q   When you return to and from Bloomington or

Page 34

1    Tulsa, however you want to think about it, do you
2    fly or do you drive or travel some other way?
3        A   Yeah.  It's usually one of the two, fly or
4    drive.
5        Q   Okay.
6        A   Typically drive.
7        Q   Okay.  Since March of 2020, have you flown
8    between Tulsa and Bloomington?
9        A   No.
10       Q   So each time you've returned to Tulsa,
11   have you -- you've driven?
12       A   Yes.
13       Q   How long is that drive?
14       A   It's about 11 hours.
15       Q   Yeah.  Do you do that by yourself, it
16   sounds like?
17       A   Uh-huh.
18       Q   That's a long drive.
19       A   Yeah.  You get used to it.
20       Q   Do you?
21       A   Yeah.
22       Q   Do you stop along the way?
23       A   Yeah.  I have my -- you know, I have the
24   places that I know I like to stop, and, yeah.
25       Q   Do you do it all in one day?

Page 35

1        A   Uh-huh.
2        Q   Yeah.  Good for you.
3        A   11 hours is the longest.  Sometimes I can
4    get home in 10 and a half, so, yeah.
5        Q   Yeah.  So that's, like, you need some
6    coffee for that.
7        A   You do, and you don't do it for a weekend.
8        Q   Yeah.  Yes.  Right.  Okay.  When you
9    decided to join this lawsuit, did you have an
10   opportunity to read the complaint before it was
11   filed?
12       A   No.  Oh, wait.  I'm sorry.  Can you
13   rephrase your question?
14       Q   Sure.  So to start the lawsuit, what
15   happens is, there's a document filed called a
16   complaint.
17       A   Yes.
18       Q   And so I'm wondering whether you read that
19   before it was filed.
20       A   Yes, I did.
21       Q   Okay.  And did you read the exhibits to
22   that complaint?
23       A   No.  Only the portions pertaining to me.
24       Q   So the exhibits are documents that are
25   attached to the complaint, that would be, like,

Page 36

1    other documents.  So did you look at those exhibits
2    at all?
3        A   No, but I know that -- but I did read
4    through the actual complaint after -- I read through
5    the entire complaint after it was filed, and I know
6    the exhibits were there.  I just didn't have time to
7    read them.
8        Q   Sure.  And before the complaint was filed,
9    did you read through the entire complaint or just
10   the part that applies to you?
11       A   Just the part pertaining to me.
12       Q   Okay.  And then do you remember signing
13   what they call a verification page that would go
14   with the complaint?
15       A   I don't remember what the name of the
16   document was.
17       Q   Sure.  And this is not a test, so I will
18   go ahead and show you what I'm talking about.
19       A   Okay.  Please do.
20       Q   Yes.
21       A   I'm sure it probably has my signature on
22   it, too.
23       Q   Okay.  So if you refresh your screen, you
24   should see something called Exhibit 1.
25         (Exhibit 1 marked for identification.)

Page 37

```
 1    A   Hang on a sec.  Oh, there we are.
 2    Q   Do you see a document called Exhibit 1?
 3    A   Yes.
 4    Q   Are you able to open that document?
 5    A   Yes, and I see it.
 6    Q   Does this document look familiar to you?
 7    A   Yes, it does look familiar.
 8    Q   Okay.
 9    A   Thank you for the refresher.
10    Q   Yes.  No problem.  So what -- what do you
11  understand this document to mean?
12    A   Can you restate the question, please?
13    Q   Sure.  So you -- is that your signature
14  there at the bottom?
15    A   That is -- that is my signature.
16    Q   Okay.  So when you signed this, what did
17  you understand that you were signing it for?
18    A   Yeah.  Can you -- can you rephrase again?
19  The question is -- there's a -- yeah.  There's --
20  I'm not exactly sure what your -- what your question
21  is.  A rephrase would be helpful for me.
22    Q   Sure.  Do you -- what do you understand
23  the effect of this document to be?  What do you
24  understand it to be saying?
25    A   Okay.  I understand the document to be
```

Page 38

```
 1  saying that I need to be truthful.  I need to --
 2  yeah.  That's what I understand the document to be
 3  saying.
 4    Q   Okay.  Do you understand --
 5    A   You have to remember, I'm a musicologist,
 6  so I'm going to go with, like, the primary document
 7  in front of me, and -- and that's -- I'm assuming
 8  you're speaking of the text in that document.
 9    Q   Yeah, sure.  No.  I just want your
10  understanding.
11    A   Okay.
12    Q   It's not -- nothing other than that.  So
13  do you understand that this document meant that all
14  of the statements in the complaint about you were
15  true?
16    A   Yes.
17    Q   Okay.  And do you still agree that that's
18  true?
19    A   Yes.
20    Q   Okay.  I want to talk to you a little bit
21  about your experience with COVID.  Everybody's
22  favorite thing to talk about.  Have you ever had --
23    A   We don't need -- we don't need cocktail
24  bars anymore.
25    Q   Right.  Have you ever had COVID?
```

Page 39

```
 1    A   Not to my knowledge.
 2    Q   Have you ever had COVID symptoms and
 3  thought you might have COVID?
 4    A   Yes.
 5    Q   When was that?
 6    A   In January of 2021.
 7    Q   And what caused you to think that you
 8  might have COVID?
 9    A   So in truth, I didn't think I had COVID,
10  but the CDC guidelines and IU's guidelines, you
11  know, say if you have symptoms of anything that --
12  even, like, a cold, you would need to treat it as if
13  you possibly have COVID.  So it was the CDC and IU
14  that led me to think that way.
15    Q   So you -- is it right that you were
16  experiencing some kind of symptoms of illness in
17  January of 2021?
18    A   Yes.  Yes.
19    Q   What were you experiencing?
20    A   I'm going to have to think about that for
21  a sec.  I don't remember for -- I don't remember for
22  sure.  The one symptom I do remember was my voice
23  was hoarse.
24    Q   And I think I understand you to be saying
25  based on the symptoms that you were experiencing at
```

Page 40

```
 1  the time, you saw those symptoms listed on CDC
 2  guidelines or IU's guidelines as potential
 3  indications that you have COVID?
 4    A   Yes.  I had -- I had other symptoms.  I
 5  don't remember what they were.
 6    Q   Okay.
 7    A   You know, malaise -- you know how -- how
 8  illness creates general malaise.
 9    Q   Sure.  And so you don't think that you had
10  COVID sitting here today?
11    A   Yes.  Yes.  Wait a minute.  I'm answering
12  your question in the affirmative.  I do not think I
13  had COVID.
14    Q   But you treated it as if you might have
15  COVID at that time?
16    A   Yes.
17    Q   Okay.  I just wanted to make sure I
18  understood you.
19    A   Uh-huh.
20    Q   And when you thought, you know, you met
21  the guidelines that you may have COVID, what --
22  what, if anything, did you do differently because
23  there was a chance that you might have had it?
24    A   I did follow the university's guidelines
25  to stay home.  I paid to have a tele-consult with
```

Page 41

1    the Health Center so that I could get an expedited
2    COVID test.
3        Q   So you were --
4        A   And I cancelled --
5        Q   Sorry. Go ahead.
6        A   And I cancelled the meeting with one of my
7    professors in person.
8        Q   Okay.
9        A   Or I cancelled an in-person meeting with
10   one of my professors. Yeah.
11       Q   So were you ultimately tested for COVID at
12   that time?
13       A   Yes, I was.
14       Q   What was the result of that?
15       A   It was a negative test.
16       Q   What kind of test did you have when you
17   got tested?
18       A   They did two tests, a nasal swab and a
19   saliva test.
20       Q   Okay. Other than that experience in
21   January of 2021, do you have any other times where
22   you thought you might have had COVID or experienced
23   COVID-like symptoms?
24       A   Yes.
25       Q   Okay. Tell me about that.

Page 42

1        A   Okay. I acquired an illness here in
2    Oklahoma while visiting family, and -- and the
3    person in my family who we know had similar
4    symptoms, she got tested for COVID, and she knew --
5    and her test was negative. So I had no reason to
6    think that I had COVID because I had the same
7    symptoms as her, and her test was negative, so,
8    yeah.
9        Q   So did you elect not to get tested at that
10   time?
11       A   Yes.
12       Q   When was that?
13       A   October 2020.
14       Q   Okay. Other than those two experiences,
15   have you had any other times where you thought you
16   had COVID potentially or COVID-like symptoms?
17       A   I did have COVID-like symptoms in January
18   2021.
19       Q   Apart from the instance that we just
20   talked about?
21       A   Yes. Yes.
22       Q   Okay.
23       A   Yes. The first one we talked about was a
24   very quick cold that was gone in two days.
25       Q   Can you tell me about this other instance

Page 43

1    in January of 2021?
2        A   Yeah. It was, again, something going
3    around Oklahoma. I think it was some form of the
4    flu. I was sick for over a week.
5        Q   Okay. Did you get tested for COVID at
6    that time?
7       A   No.
8       Q   How -- why not?
9       A   There was no need to. We don't -- yeah.
10       Q   During these different instances where you
11   have had symptoms of illness, whether or not they
12   are COVID, have you -- did you elect to wear a mask
13   while you were feeling ill?
14       A   While I was feeling ill?
15       Q   Uh-huh.
16       A   Can you -- can you rephrase your question?
17       Q   Sure. I'm just -- when you -- I think you
18   described one instance in October and two instances
19   in January of 2021 where you had symptoms that may
20   or may not have been COVID or some other illness.
21   I'm just wondering in any of those three instances
22   that you just described, did you wear a mask when
23   you were experiencing these symptoms at any time?
24       A   Yes.
25       Q   Okay. Why did you do that?

Page 44

1        A   I wear a mask in the public spaces where
2    I'm required to, but I never feel like it's
3    voluntary. It always feels forced.
4        Q   Okay. So when you were --
5       A   So --
6       Q   Go ahead.
7       A   Yeah. So, it's never elective for me.
8       Q   So when you were experiencing these
9    symptoms in October and then both times in January,
10   you wore a mask if you were going outside of your
11   house to a public space; is that right?
12       A   Can you rephrase your question?
13       Q   Sure. I'm just trying to understand --
14   maybe I'll do it less specifically, and you can tell
15   me. What -- what approach -- or let me think about
16   the best way to say this. What was your approach to
17   when you wore a mask and when you didn't when you
18   were experiencing these symptoms?
19       A   Well, let me think back to that. When I
20   was experiencing those symptoms, I didn't want to be
21   out anyways. I wanted to be home sick, and I was
22   home as much as I could, so the times that I wore
23   masks, I probably did what I do when I'm well, which
24   is to wear it when required.
25       Q   Okay.

Page 45

1    A   So ...
2    Q   When you were at IU for the 2020-2021
3   school year and you were in Bloomington, did you
4   wear a mask when you were on campus consistent with
5   IU policy?
6    A   Yes.
7    Q   Were you ever a participant in the testing
8   during that school year at IU?
9    A   Yes.
10   Q   And what -- what was that experience like
11  for you?
12   A   Can you be more -- can you rephrase your
13  question?
14   Q   Sure.  What is -- I'm just trying to
15  understand your experience with the COVID testing
16  while you were in Bloomington.  Sort of how
17  frequently you might have been tested, you know,
18  what that experience, that process was like.
19   A   Okay.  I don't -- I don't remember how
20  frequently I was tested.  It -- it was not -- it was
21  not very often.  Do you -- the process is basically
22  they send you an email if -- if they want to test
23  you, and you have to go because that's -- that was
24  required for being on campus, and you spit into a
25  tube in a room full of other people and -- and you

Page 46

1   leave your tube and then you walk -- you walk out of
2   the facility.
3    Q   Okay.  And you said it was I think not
4   very many times.  Do you think it was more or less
5   than 10 times?
6    A   Less than 10 times.  Can I ask -- I have a
7   clarifying question.  For some reason in my mind, I
8   thought we were speaking of fall 2020.  Are we
9   speaking of the entire academic year?  What time
10  frame are we speaking of?
11   Q   Sure.  Thanks for clarifying.  So it
12  sounds like the information you were just giving me
13  related to fall of 2020; is that right?
14   A   Yes.
15   Q   Okay.  So we can talk now about maybe
16  spring 2021.  Were you also tested during that time
17  period?
18   A   Uh-huh.
19   Q   And about how --
20     THE REPORTER:  I'm sorry.  What was the
21  answer?
22     MS. GUTWEIN:  Thank you, Luke.
23   Q   (BY MS. GUTWEIN)  I'm sorry.  He needs you
24  to say your answer out loud to my question.  I said
25  were you also tested during that time period?

Page 47

1    A   Which time period?
2    Q   Spring 2021.
3    A   Yes.
4    Q   And how frequently would you say you were
5   tested during that semester at IU?
6    A   At first it was -- from the end of spring
7   and summer started blending together.  I think
8   spring was less than 10 times.
9    Q   Okay.  And did you also wear a mask when
10  you were at the Bloomington campus in spring of
11  2021?
12   A   Yes.
13   Q   Have you had the COVID vaccine?
14   A   No.
15   Q   Do you have any plans to get the COVID
16  vaccine?
17   A   No.
18   Q   When you participated in that -- in the
19  activities on campus during the academic 2020-2021
20  school year, and you had to wear a mask and undergo
21  the testing that we were just talking about, did you
22  suffer any harm from that process?
23   A   Yes, I did.
24   Q   What was that?
25   A   Yes.  I struggled to breathe with the mask

Page 48

1   on.
2    Q   Okay.
3    A   These things are in my medical record, but
4   I also had bad acne that would, like, scar my face.
5   That has cleared up since I've been away from
6   Bloomington and in Oklahoma where we don't have to
7   wear masks.
8    Q   Okay.  Any other harm that you suffered
9   from the masking and the testing?
10   A   Well, I feel like it violates my freedom
11  of choice.  I mean, that's definitely a harm, yes.
12  Yes.  I have suffered harm in that -- in that way
13  because IU created a culture of containment and fear
14  where only one opinion is really allowed or
15  encouraged to be expressed, and where students and
16  faculty tell on each other, so, yes, those are all
17  harmful things, and I have felt -- yes, I have felt
18  fear.
19   Q   What are you fearful of?
20   A   Fearful of discrimination.
21   Q   Is that -- so what about the masking
22  requirement in the 2020-2021 school year caused you
23  to be fearful of discrimination?
24   A   Because I don't agree with the
25  requirements.  I do it because I'm told -- because

Page 49

```
 1    it was -- at that time it was the only -- yeah.  It
 2    was -- I was told I could -- that was what I had to
 3    do to work towards the degrees that I've invested so
 4    much time and money into, and so my fear was that
 5    even though I disagreed and even though I had a
 6    different opinion, I couldn't even express that
 7    opinion.
 8       Q   And --
 9       A   And I'm not the only one who feels that
10    fear.  Amongst my peers we can kind of figure out
11    who also is fearful.  We have a way of finding each
12    other.  Yeah.  And, yeah, it's not just about
13    masking.  It's also about personal expression and
14    the debate of ideas.  Judge Leichty talked about
15    how, you know, the vaccine, the merits of it, are
16    being debated in the public square.  Technically IU
17    is a public university, but we don't have those
18    kinds of debates.  There's only one opinion
19    presented.  So, yes, there's fear of being -- of
20    even being labeled as someone who could inflict harm
21    upon other people even though I know I -- I
22    personally can't because I'm under COVID protection.
23       Q   Okay.  So that's helpful.  I want to back
24    up just a minute, though, just back to the masking
25    and the testing.  So what I'm trying to understand
```

Page 50

```
 1    is, from the mask policy that you complied with in
 2    the 2020-2021 school year, I heard you say that you
 3    suffered harm because it made it more difficult for
 4    you to breathe, and it --
 5       A   Yes.
 6       Q   -- also caused you to have acne.  And then
 7    I understood -- go ahead.
 8       A   It also gave me headaches.
 9       Q   Okay.  And then I understood --
10       A   And also there was potential harm.  I
11    forgot that.  I do work out with a trainer, and we
12    are required to wear masks even though it's him and
13    me and even though both of us might agree not --
14    that we're okay not wearing masks, we still have to
15    do it because we're in IU's building even though
16    we're in a room by ourselves.  Deadlifting with a
17    mask is very dangerous, and we're required to do
18    that, because deadlifting requires you to suck in
19    enough air to fill your abdomen with air, and that's
20    what protects your -- your muscles and your -- your
21    back, and there have been times when I almost
22    injured myself because I was trying to execute a
23    deadlift with my face constricted by a mask.
24       Q   Okay.  You referenced fear of
25    discrimination?
```

Page 51

```
 1       A   Yes.
 2       Q   Did you feel discriminated against for
 3    wearing a mask during the 2020-2021 school year?
 4       A   For wearing a mask?
 5       Q   Yes.
 6       A   I'd like to think about that question if
 7    it's okay.  The mask isn't the only thing that makes
 8    me feel discriminated against, but, no, I felt that
 9    wearing the mask protected me from discrimination
10    because it's what everyone else is doing.  Wearing
11    the mask kept me from standing out as someone who
12    disagreed with the policy.
13       Q   Okay.  And so is it fair to say, then,
14    that when you're talking about fear of
15    discrimination, that harm does not relate to the
16    last school year?  It relates to this coming
17    semester, that you're fearful if you have to wear a
18    mask, you'll be discriminated against?
19       A   Can you be more specific by what you mean
20    with relating the two fears to each other?  I'm not
21    sure what distinction you're making or wanting me to
22    make.
23       Q   I'm just trying to understand whether -- I
24    think I heard you say that last school year when you
25    wore a mask during the 2020-2021 school year, you
```

Page 52

```
 1    didn't fear being discriminated against or you
 2    didn't experience being discriminated against for
 3    wearing a mask; is that right?
 4       A   Yes.
 5       Q   I think I also understood you to say that
 6    you are fearful of being discriminated against for
 7    wearing a mask for this coming fall semester if you
 8    have to wear a mask on IU's campus; is that right?
 9       A   May I give a full answer to that one?
10       Q   Sure.
11       A   Because the reasons for the discrimination
12    are different.  This past school year we had no
13    vaccine requirements.  The culture to get vaccinated
14    on campus is very strong.  People ask each other
15    have you been vaccinated or they'll talk about
16    getting their COVID vaccine, and so while -- so in a
17    sense, getting the vaccine allows one to leave the
18    world of masks and testing.  Not getting a vaccine
19    means you have to stay in the world of masks and
20    testing -- testing.  So whereas wearing a mask in
21    the 2021 school year sort of kept me from being
22    discriminated against, things have changed.  People
23    are leaving that world because they're getting
24    vaccinated.  I'm going to have to wear a mask which
25    is a marker of choosing not to get the vaccine or
```

Page 53

1    not even choosing. It's not even my choice. It's
2    my doctor's medical opinion.
3        Q   Are you aware that people who are
4    vaccinated can still have the option to wear a mask
5    if they want to?
6        A   Yes.
7        Q   Okay.
8        A   People are not -- not everyone is choosing
9    that option.
10       Q   Is it right that just by looking at
11   someone who is wearing a mask, you don't know
12   whether they're vaccinated or not?
13       A   I -- I want to -- it's not a yes or no
14   answer.
15       Q   How could you tell by looking at someone
16   whether they're vaccinated or not based on whether
17   they're wearing a mask?
18       A   Part of the campus culture is that people
19   who are vaccinated are choosing not to wear the
20   mask. So most people on campus now are not wearing
21   masks unless they're required to.
22       Q   I appreciate that --
23       A   So that -- yeah. So that --
24       Q   -- but that wasn't my question.
25       A   No, but that is the context behind my

Page 54

1    question. Sure, you cannot tell by looking at
2    someone whether they've been vaccinated or not, but
3    the culture -- but there's a culture surrounding
4    that question, that context, and that's part of --
5    part of what this mandate has created. It's created
6    a culture of fear and intimidation and
7    discrimination against people who disagree with it.
8    So the culture dynamics are changing. It will be
9    much easier to assume that people who are wearing a
10   mask will not have had the vaccine.
11       Q   Okay. We've talked about the harms that
12   you either experienced last school year or are
13   concerned about experiencing for the upcoming
14   semester related to masks. Besides the harms that
15   we've talked about, are there any other harms
16   related to masks that you can think of sitting here
17   today that you're concerned about or have
18   experienced?
19       A   Yes. Yes. That wearing masks has created
20   this sense of distress among -- among people, and
21   the requirement has helped people to fragment and
22   break into small inner circles without
23   communicate -- you know, yes, all of those things.
24   The sense of the mandate creates isolation. I don't
25   know.

Page 55

1        Q   Okay. Anything else?
2        A   I'll leave it at that.
3        Q   Okay. With respect to the testing that
4    you participated in --
5        A   Uh-huh.
6        Q   -- while in Bloomington last school year,
7    what harms, if any, did you experience from that?
8        A   One is that I did not like giving up my
9    own -- my own -- I didn't like giving up my -- my
10   saliva because it contains, you know, personal
11   information about my biological makeup. That was
12   one harm.
13       Q   Okay.
14       A   Another harm was the amount of time it
15   takes, having to clear -- having to make time in
16   your schedule to go do it. Those are two I can
17   think of at the moment.
18       Q   Okay. For the fall 2021 school year,
19   besides those two harms that you just identified, if
20   you were required to undergo testing during the fall
21   2021 school year, are there any other harms that
22   you're worried about related to that testing?
23       A   Yes, actually, and, again, it's a
24   cultural -- it's a cultural harm. I shouldn't need
25   to be tested because -- so testing determines if

Page 56

1    you've had COVID, right, or not. People who get
2    vaccines don't have to be tested because they have
3    coverage for COVID. I have coverage for COVID.
4        Q   Okay.
5        A   And so the testing mandate discriminates
6    against my coverage for COVID and says it's not as
7    efficient as the vaccine when the science says
8    otherwise.
9        Q   Okay. So --
10       A   Actually not only the science. When my --
11   when my physician says otherwise. I can safely say
12   that.
13       Q   So I understand that to be about you --
14   you're feeling as if you're being treated
15   differently from other people who you view as
16   similarly situated; is that right?
17       A   Can you clarify "similarly situated"?
18       Q   In that you view some individuals who have
19   been vaccinated and, therefore, according to you,
20   have coverage for COVID don't have to undergo the
21   testing and you have, you know, you believe you have
22   coverage for COVID and you do have to undergo the
23   testing?
24       A   Yes. They similarly believe they have
25   coverage for COVID.

Page 57

1    Q   You don't believe that they have coverage
2  for COVID because of the vaccine?
3    A   I believe that -- I don't feel comfortable
4  answering that question just because it gets outside
5  of my realm of expertise.  It would literally be an
6  opinion.
7    Q   That's okay.  You're here to talk about
8  your opinions.
9    A   I haven't -- I've only had hearsay.  I
10  have not had time to research for myself.  I've
11  heard that people can get COVID still.  In fact, we
12  know that people -- we know that people don't
13  believe the vaccine is effective against COVID
14  because Anthony Fauci has been on the news lately
15  encouraging people to wear masks.  So, no, they do
16  not believe -- people do not believe that the
17  vaccine is fully effective against COVID.
18    Q   I'm asking what do you believe about the
19  vaccine?  Do you believe it's effective against
20  COVID?
21    A   No, I do not.
22    Q   Okay.  All right.  I'm going to add
23  another exhibit.  I understand that you have a
24  religious objection to the vaccine; is that right?
25    A   Yes.

Page 58

1    Q   Okay.  And I understand that you applied
2  for and received an exemption from the vaccination
3  policy at IU based on your religious objection; is
4  that right?
5    A   That is correct.  Hold on a sec.  I'm
6  trying to find that exhibit.
7    Q   Oh, I didn't put it in yet.
8    A   Oh.  Okay.
9    Q   Sorry.  I'll let you know when I do.
10    A   Uh-huh.
11    Q   My understanding is that that religious
12  exemption means -- means that you could return to
13  campus in fall of 2021 without having to obtain the
14  COVID vaccine under IU's vaccination policy; is that
15  right?
16    A   That is correct.
17    Q   Okay.  I'm going to add -- you should see
18  a document there now if you refresh called
19  Exhibit 2.
20      (Exhibit 2 marked for identification.)
21    A   Okay.
22    Q   Okay.  And you can look at this as much as
23  you want.  I want to talk specifically about the
24  statements in this that refer to you.  So I want
25  to --

Page 59

1    A   Okay.
2    Q   -- look at paragraph -- I want to start by
3  looking at paragraph 194, which is on page 42, so at
4  the top of your -- go ahead.
5    A   Is it okay if we take a brief break?
6    Q   Sure.
7    A   Like, five minutes?  Is that okay?
8    Q   Yeah.  That's fine.
9    A   Okay.  All right.  Thank you so much.
10      MS. GUTWEIN:  Can we go off the record,
11  Luke?
12      THE REPORTER:  Yes.  We are off the
13  record.
14      (Briefly off the record.)
15      THE REPORTER:  We are back on the record.
16    Q   (BY MS. GUTWEIN)  So right before we took
17  a break, I had added Exhibit 2.  Are you able to
18  open that document?
19    A   Yes.  I have it open.
20    Q   And I think I mentioned I want to start
21  with paragraph 194, which is on page 42.  Can you
22  scroll to that paragraph?
23    A   Yes.
24    Q   Okay.  Let me know when you're there.
25    A   I'm here.

Page 60

1    Q   Okay.  So this paragraph says that you
2  obtained a religious exemption, which we just talked
3  about, but that you'd rather be exempt from the
4  vaccination policy for medical reasons; is that
5  right?
6    A   Yes.
7    Q   Okay.  So I just -- I want to understand a
8  little bit about why you would prefer to have a
9  medical exemption over a religious exemption.
10    A   Yes.  The university environment tends to
11  privilege science over faith.  So -- and I do have
12  scientific medical reasons for not wanting the
13  vaccine, and that's why I prefer it because that's
14  what universities privilege.
15    Q   And when you say universities privilege
16  it, in what way do you think that the medical
17  exemption is privileged over the religious
18  exemption?
19    A   Let me think for a moment.  Because --
20  okay.  Because the medical exemption is based in
21  science.
22    Q   Sure.  So what do you think will be
23  different about the exemption if you have a medical
24  exemption versus a religious exemption?
25    A   It means that I -- there's less likelihood

Page 61

1  that I would be discriminated against for having a
2  different opinion.
3      Q   Discriminated against by whom?
4      A   My professors, my colleagues.
5      Q   Do you know whether your professors would
6  know which exemption you have?
7      A   I have not -- I have only been told
8  verbally by someone at the COVID hotline that my
9  professors would not have a way of knowing, but
10  you'd be surprised how much -- how much information,
11  like, is accessible by various people at the
12  university. So I don't know. I just -- I don't
13  feel comfortable with that answer anyways, and I
14  think that's because -- because -- because there is
15  religious discrimination against COVID or people are
16  being discriminated against for their religious
17  opinions on COVID and the vaccine.
18      Q   How has IU discriminated against people
19  for their religious opinions on the COVID vaccine?
20      A   I was told that two students were denied a
21  religious exemption when they applied for it.
22      Q   Who told you that?
23      A   Margaret Menge.
24      Q   Other than hearing that from Margaret
25  Menge, have you had any opportunity to verify that?

Page 62

1      A   Well, I don't remember if that was part of
2  my research earlier this summer. I'm sorry. I
3  don't remember.
4      Q   Do you know who the two students were that
5  you heard were denied religious exemptions?
6      A   I don't remember their names. Actually I
7  think I remember reading about them. I'm not going
8  to say. I don't remember for sure. I just don't.
9      Q   So is it right that you don't know the two
10  students who you believe were denied based -- denied
11  a religious exemption?
12      A   No. I don't know them personally, and I
13  don't know their names.
14      Q   Do you know -- do you personally know
15  whether they applied for and were denied a religious
16  exemption?
17      A   Can you restate your question?
18      Q   Sure. What information do you personally
19  have that causes you to be -- let me strike that.
20  Do you know, in fact, that they -- that those two
21  students that you have in mind applied for a
22  religious exemption?
23      A   Can you define what you mean by "fact"?
24  Sorry. That's a term that's used very loosely these
25  days.

Page 63

1      Q   So what -- I guess what I'm trying to
2  figure out is, other than hearing it from Margaret
3  Menge and reading about it potentially, do you have
4  any way to know for sure whether or not those two
5  students actually applied for a religious exemption?
6      A   I can't -- I can't see that I would. IU
7  would not broadcast something like that.
8      Q   Okay. Do you have any way to know for
9  sure if they applied, whether IU actually denied
10  them religious exemption?
11      A   I don't know them personally, so it's not
12  something that I would know from -- from knowing
13  them, but no. The answer is no.
14      Q   Other than --
15      A   Now I'm thinking I should have gone and
16  done that, right? I just --
17      Q   Other than this instance that you heard
18  about, about these two students, are you aware of
19  any other way that IU has discriminated against
20  people who have religious objections?
21      A   Yes. I was discriminated against.
22      Q   How so?
23      A   I've had professors tell me not to speak.
24  Let me rephrase that. Well, the question is, what
25  are we considering religious; right? Does it mean

Page 64

1  that -- does that encompasses someone's opinion?
2  Sometimes that's what people -- sometimes that's
3  what religious refers to, not just a person's
4  position on faith, but the opinions about life in
5  general. So does -- do we mean religious in that
6  broader sense of the word or are we specifically
7  speaking to faith?
8      Q   Well, you tell me. You told me that IU
9  will favor medical exemptions over religious
10  exemptions, and I'm interested in any instances in
11  which you're aware of that happening.
12      A   I am so sorry. Can you state the question
13  one more time?
14      Q   Sure. You -- I understood you to say that
15  you believe that IU will prefer medical exemptions
16  or individuals with medical exemptions over
17  individuals with religious exemptions.
18      A   Yes.
19      Q   I -- I want to know about --
20      A   Yes.
21      Q   -- any times that you know of where IU has
22  done that.
23      A   Yes. Yes. Definitely in my program we
24  are encouraged to keep our personal faith out of --
25  out of our -- out of our -- I'm not sure how to say

Page 65

1    this.  There's a culture, sort of an unspoken
2    culture, where if you -- there's like an academic
3    way to deal with faith and there's a nonacademic way
4    to express -- to express faith.  Let me put it that
5    way.  And the -- and the nonacademic expressions are
6    looked down upon.  And, frankly, it's -- it's the
7    personal experience of talking about it.  It's not
8    encouraged at school.  We are only really allowed to
9    speak about it if we -- dealing with it in the topic
10   of evaluating faith or how it might have influenced
11   or, like, theological topics would have influenced a
12   composer like Bach.  Other than that, you know, but,
13   again, that's a very -- but that's like putting the
14   science veneer on top of that rather than letting
15   religion or faith speak for itself.
16       Q   Okay.  I understand that to be in the
17   context of your studies.  I'm interested in any
18   instance in which IU, that you're aware of, in which
19   IU has favored a medical exemption from the
20   vaccination policy over a religious exemption from
21   the vaccination policy.
22       A   Okay.  I have no idea.
23       Q   Okay.
24       A   Everything is still so new.  People aren't
25   talking about it.

Page 66

1       Q   Okay.
2       A   Yeah.  Everything is still -- like,
3    there's still people figuring out what they're going
4    to do.
5       Q   Do you understand that the consequence of
6    having a medical exemption and the consequence of
7    having a religious exemption as far as complying or
8    not -- as far as what you have to do under IU's
9    vaccination policy are the same?
10      A   Can you restate the question, please?
11      Q   Sure.  Do you agree that the religious
12   exemption means that an individual who receives that
13   exemption does not have to get vaccinated for
14   COVID-19 to return to campus in the fall?
15      A   Yes.
16      Q   Do you agree that an individual who has a
17   medical exemption from the COVID-19 vaccination
18   policy does not have to get vaccinated for COVID-19
19   to return to campus in the fall?
20      A   Yes.
21      Q   Are there any other differences between
22   the exemptions besides one being, in your words,
23   science related and one being, you know, religious
24   or faith related that you know of?
25      A   Yes, there are differences.

Page 67

1       Q   What?
2       A   I don't know who approves the religious
3    exemptions, but I have been told by people working
4    on the IU COVID -- who are part of the IU COVID
5    Response Team, sorry, I don't know their official
6    title, I do know that medical exemption goes before
7    a team of doctors to review and approve.
8       Q   Okay.  Any other differences between the
9    two exemptions that you know of?
10      A   Yes.  Because in a religious exemption,
11   they don't care -- they don't care if you have
12   coverage for COVID, which I have.
13      Q   Right.  So that relates to the criteria
14   for the exemption.
15      A   Okay.
16      Q   Any other differences between the effect
17   of having the exemption?
18      A   And can you define what you mean by
19   "effect"?
20      Q   Sure.  When someone has -- what the effect
21   of obtaining a religious exemption is and what the
22   effect of obtaining a medical exemption is.  We
23   talked about how both of those allow a student to
24   return to campus in the fall without getting
25   vaccinated.  Are there any other differences between

Page 68

1    the effect of each of those exemptions?
2      A   Well, we -- just for the record, the
3    effect also includes that those students right now
4    must be masked and test -- tested.
5      Q   Under both of those exemptions; correct?
6      A   Yes.  Yes.  So, yeah, the effect isn't
7    just that a student can return to campus.  It's that
8    they are restricted in other ways.
9      Q   Any differences?
10      A   Not that I'm aware of.
11      Q   Okay.  If we look -- I understand that
12   you -- if we look at paragraph 187 of the complaint,
13   which is Exhibit 2, it alleges that you were
14   horrified to discover that IU prohibits you from
15   receiving a medical exemption.  What is the basis
16   for your understanding that you are prohibited from
17   receiving a medical exemption?
18      A   I have two bases.  One is the form itself.
19   I carefully looked at it to see if I met any of the
20   criteria listed for consideration for exemption, and
21   I did not.  The other one is that I expressed my
22   concerns to my contact at student disabilities
23   for -- Disabilities Services for Students, and I
24   asked her, I said -- I said, "What do you know about
25   this exemption form and the mandate and my chances

Page 69

1    of getting a medical exemption?"  And she said while
2    she can't speak for the committee, she has heard
3    that they are adhering to that form and to those
4    policies.
5        Q   Okay.
6        A   So I heard it from an IU -- from an IU
7    staff member.
8        Q   Did you submit for a medical exemption?
9        A   After I got the religious exemption I did
10   try, yes.  Absolutely did.
11       Q   So why did you try to do that if you
12   thought you didn't qualify for it?
13       A   Because I thought about my preference.  My
14   preference -- so I applied for the religious
15   exemption because I didn't think there was any way I
16   would get the medical exemption, but I felt like --
17   I felt like I had -- I preferred a medical
18   exemption.  I have legitimate reasons for it, and so
19   that's why I reached out to IU.
20       Q   What do you think that you would obtain
21   through a medical exemption that you have not
22   obtained through a religious exemption?
23       A   I at least would achieve consistency
24   with -- with what I say and how I act around my
25   colleagues.  I would never tell them that I disagree

Page 70

1    with IU's policies, I don't, but a lot of them do
2    know that I have been ill, and they're very
3    understanding when I say I can't get the vaccine for
4    medical reasons.  I don't -- you don't find that
5    same understanding when you talk about it from a
6    faith perspective or religious perspective or a
7    difference of opinion perspective.  So I would at
8    least, yeah, that's what I would -- that's what I
9    would gain.
10       Q   Do you agree that you could tell your
11   colleagues now that you don't -- you can't get the
12   vaccine for medical reasons even with a religious
13   exemption?
14       A   Yes.  Yes.
15       Q   So other than how you might talk about it
16   with your colleagues, what else, if anything, would
17   you gain from having a medical exemption rather than
18   a religious exemption?
19       A   According to hearsay again, IU has
20   formally -- according to hearsay, we'll just call it
21   hearsay for now, IU did deny two students the
22   opportunity to have a religious exemption at first,
23   and they only caved and granted the students their
24   religious exemptions under pressure.  Well, if
25   they've changed the policy, like, I don't feel very

Page 71

1    secure in having the religious exemption because I
2    feel like if IU can change their policy in one way,
3    they can change it in another way and actually
4    rescind that policy.
5        Q   Okay.  So do you have any reason to
6    believe that IU is going to change its religious
7    exemption policy besides the anecdote that you just
8    described?
9        A   Not at the moment.
10       Q   Okay.  With respect to the two students
11   that you were just talking about, it sounds like
12   it's your understanding that they ultimately did
13   obtain a religious exemption?
14       A   Yes.  Actually I can tell you what would
15   lead me to have those concerns.  Because I had a
16   policy change at my -- my school in the Jacobs
17   School.  We were told when we came back to campus in
18   the fall semester that as long as we were in
19   practice rooms by ourselves and we had a 15-minute
20   window in between, you know, student, that we would
21   not have to wear masks.  We could treat that as an
22   office space because it was just us in the room, and
23   that policy was changed, like, at the end of the
24   fall semester.
25       Q   Okay.

Page 72

1        A   So, yeah, IU changes policies after -- in
2    either direction, and so it creates an uncertain
3    environment, an environment when you don't know the
4    policy is going to be changed.
5        Q   Do you have that same concern that the
6    policy could change with respect to a medical
7    exemption?
8        A   Yes.
9        Q   Okay.
10       A   Medical and religious, both.
11       Q   When you have referenced -- I think, if we
12   look at paragraph 193, there's a reference to a
13   medication that you're on.
14       A   Yes.
15       Q   You would know better than I would about
16   how to pronounce it.  I'm going to take a stab.
17   Ivermectin?
18       A   Yes.
19       Q   Is that right?
20       A   Good job.
21       Q   Thank you.  And it says here that your
22   understanding is that it protects you against COVID;
23   is that right?
24       A   Yes.
25       Q   What is the basis for that understanding?

18 (Pages 69 to 72)

Page 73

1    A  My physician's -- my physician's advice.

2    Q  And what did your physician tell you about

3  that?

4    A  He told me that it provides coverage for

5  COVID.

6    Q  So --

7    A  Yeah.

8    Q  -- what -- what does that mean?  Did he

9  say it means you won't contract COVID?

10    A  Yes.

11    Q  So your understanding is that your

12  physician told you ivermectin will keep you from

13  ever contracting COVID; is that right?

14    A  I wouldn't say, "from ever."  He did not

15  express it in those words.  Physicians aren't

16  that -- you know, they always know that there's a

17  percentage of -- there's always, you know, at least

18  a small percentage of people who fall outside that.

19  Yeah.  He would not say, "ever" -- he never would

20  speak in absolutes like "ever ever."  No

21  physician -- good physicians don't.

22    Q  So there's still some risk even with that

23  medication that you could contract COVID?

24    A  Yes.  I suppose so.  He and I didn't talk

25  about that part.

Page 74

1    Q  How long --

2    A  Well, actually I would like to -- if it's

3  possible, I would like to strike my answer.  I don't

4  know what the answer to that question is because he

5  did not advise me.

6    Q  How long have you been taking this

7  medication?

8    A  Since before COVID.

9    Q  Why did you get tested in October or

10  January if your understanding is you can't contract

11  COVID?

12    A  Because of the -- because the university

13  requires that.

14    Q  So when you were in Tulsa in October and

15  you got tested for COVID, that was because IU

16  required it?

17    A  I did not get tested for COVID in October.

18  The only time I got tested for COVID of my own free

19  will, if you can even call it that, was in January.

20    Q  Okay.

21    A  And that's because I was trying --

22  actually it's because I had an upcoming appointment

23  with my -- with my physician.

24    Q  You had an upcoming --

25    A  I had -- I had -- I had in-person

Page 75

1  activities at IU, and I had -- yeah.  It was -- for

2  a couple reasons, the in-person activities at IU is

3  definitely one because they don't want you on campus

4  if you have COVID, and it's better to -- so I had to

5  know for -- you know, I had to know -- I had to know

6  from sure from a test if I had it.

7    Q  And so one was to attend these in-person

8  activities at IU and another was to attend an

9  upcoming meeting or appointment with your physician

10  --

11    A  Yes.

12    Q  -- it sounds like?

13    A  Yeah.

14    Q  So for at least those two reasons, you got

15  tested?

16    A  Yes.

17    Q  But you were on this medication at that

18  time?

19    A  Yes.

20    Q  Okay.  Do you know how much longer you

21  will be on this medication?

22    A  No, I don't.

23    Q  Are you aware that the FDA has not

24  approved ivermectin for treating or preventing COVID

25  in humans?

Page 76

1    A  Yes.  I'm also aware that they haven't

2  fully approved the vaccine either.

3    Q  Are you aware that the W -- the World

4  Health Organization advises that ivermectin

5  shouldn't be used to treat patients with COVID

6  outside of the clinical trials?

7    A  Can you restate your question, please?

8    Q  Sure.  I just -- the World Health

9  Organization has published some information on

10  ivermectin in the context of COVID, and they -- they

11  have advised that ivermectin shouldn't be used in

12  patients to treat COVID outside of the clinical

13  trials that are going on right now.  Are you aware

14  of that?

15    A  It's been a while.  You're refreshing my

16  memory.  I'll say -- I'll say yes.

17    Q  Okay.

18    A  I will also say that the World Health

19  Organization changed its definition of "herd

20  immunity" last year.

21    Q  Okay.

22    A  So, again, we're seeing changes in

23  definitions and changes in policy which is creating

24  an uncertain environment for a lot of people.  So

25  whether they're speaking to science, I don't know,

Page 77

1   but I do know that it has been documented and
2   published that they -- yes, that they have changed
3   definitions that were held for 100 years at least
4   about "herd immunity," so --
5       Q   So whether it was --
6       A   -- the short answer is yes.
7       Q   You mentioned that --
8       A   So the short of that is to say -- and just
9   because I'm aware that the World Health Organization
10  says that, doesn't mean -- it doesn't mean that I'm
11  going to trust their definition over my own
12  physician.
13      Q   Sure.  Okay.  You mentioned that the FDA
14  has not -- has approved the COVID vaccines through
15  emergency use -- excuse me, if I could talk, the FDA
16  has approved the COVID vaccine through emergency use
17  authorization; is that right?
18      A   I did not state that, but that was the
19  implication, yes.
20      Q   Okay.  And you said that when I was asking
21  you about whether you were aware that the FDA has
22  not approved ivermectin for treating or preventing
23  COVID in humans.
24      A   Correct.
25      Q   So, in your mind, what causes you to feel

Page 78

1   comfortable or safe taking ivermectin and knowing
2   that it, you know, believing that it will prevent
3   you from contracting COVID but causes you to be
4   concerned about the vaccines even though the FDA
5   hasn't, to your mind, fully approved, you know,
6   either of those in the COVID context?
7       A   In the context of COVID?  Okay.  Because I
8   know of other -- I know of many studies that have
9   been done on ivermectin efficacy and COVID.  Look,
10  I'm going to -- yeah.  So there's been a lot of
11  studies done that the FDA did not reference in their
12  advice, and that the World Health Organization did
13  not reference in their advice.  One of them -- those
14  studies were conducted in part with Eastern Virginia
15  Medical School, and I can tell you that some of
16  their -- the doctors who study there -- it's not
17  some, you know, you know, measly medical school in
18  the middle of nowhere.  Some of the physicians that
19  had their residencies there now treat at Walter
20  Reed, which is where the president goes for their --
21  and the vice president and other high level
22  officials go for medical treatment.  So, yeah,
23  people know what they're doing at that school, so I
24  have good reason to -- to trust that study.
25      Q   Do you know whether they've performed any

Page 79

1   studies on the COVID vaccine?
2       A   Not aware of that, no.
3       Q   Have you reviewed any studies that the
4   medical community has performed on the COVID
5   vaccine?
6       A   I am.  I'm just -- I don't have specific
7   ones in mind right at this moment.
8       Q   Okay.  But you have looked at those at
9   some point, some studies?
10      A   Briefly, yeah.
11      Q   Okay.
12      A   There's a lot of information coming out
13  all the time as you know.
14      Q   That's true.  If we look at paragraph 192
15  --
16      A   Can I add to my answer because you were
17  asking in the context of COVID.  In the context
18  of -- in the context of medical treatment in
19  general, ivermectin has been around a long time, and
20  it won the Nobel Prize as an effective drug, and it
21  has very minimal side effects.  I don't notice when
22  I take it, which is -- yeah.
23      Q   Okay.
24      A   So, yeah.  I think we need -- I think
25  that's important to recognize relative to the

Page 80

1   vaccine.  Ivermectin has been around a lot, lot
2   longer.
3       Q   Okay.  I want to look back at Exhibit 2 in
4   paragraph 192.
5       A   Okay.
6       Q   At the end of that paragraph -- well, we
7   can say it -- it refers to you objecting to extra
8   requirements of masks and testing.  Do you see that?
9       A   Yes.
10      Q   And we talked about that earlier.
11      A   Yes.
12      Q   And one of the reasons that it says that
13  you object is the extremely minimal risk of severe
14  complications or death from COVID to somebody in
15  your age group.
16      A   Yes.
17      Q   Do you see that?
18      A   Uh-huh.
19      Q   What do you consider to be your age group?
20      A   You could say 30 to 40.
21      Q   Okay.
22      A   I guess.
23      Q   Yeah.  Whatever you -- I just wanted to
24  understand what you meant, so there's no right
25  answer.  It's just, you know, when you're thinking

Page 81

1    about what you -- what you verified here, what age
2    group did you have in mind?
3         A    That was -- we did not discuss a
4    particular range, so I -- I did not have anything in
5    mind.
6         Q    Okay.
7         A    Not at the time.  And I -- we should
8    probably -- we should go with that.
9         Q    Okay.
10        A    Because, like I said, 30 to 40, I was -- I
11   was guessing now, but honestly we didn't talk about
12   that.
13        Q    Okay.
14        A    That was ...
15        Q    So when you're thinking about the minimal
16   risk of severe complications or death to a
17   particular age group, what did you have in mind with
18   this sentence?
19        A    Well, in my -- okay.  In mind, I think of
20   age group really broadly because it's known that
21   COVID tends not to be deathly for someone -- sorry.
22   I'm thinking out loud.  I was thinking, like, my age
23   group as anywhere from zero to, like, 70.
24        Q    Okay.
25        A    Just because the risks of dying from COVID

Page 82

1    or even being hospitalized now are so low for most
2    of the people in this world.  It's really the
3    geriatric population and comorbidities and obesity.
4    No one talks about the obesity component, but my
5    economist friends wrote about the statistics on
6    that.  A lot of people who have died from COVID were
7    obese, and clearly I'm not, and a lot of people in
8    my age group at IU anyways are pretty healthy, so
9    ...
10        Q    Are you aware that there are individuals
11   between the ages of 20 and 40 who have had to be
12   hospitalized for COVID?
13        A    Yes.
14        Q    And are you aware that there have been
15   individuals between the ages of 20 and 40 who have
16   died from COVID?
17        A    I can't answer that specifically.  My
18   assumption is that someone in -- at least one person
19   in every age group has died from COVID.  That's my
20   assumption.
21        Q    Okay.
22        A    I can't back -- but it's as hearsay is my
23   knowledge that students have -- were not granted
24   their religious exemption from IU.
25        Q    Right.  So you just don't know one way or

Page 83

1    the other whether --
2         A    No.
3         Q    -- anyone between the ages of 20 and 40
4    has died from COVID?
5         A    Not factually, no.
6         Q    Okay.  And that's just fine.
7         A    That's a good thing, I guess.  It means my
8    friends are all still here, right?
9         Q    Yes.  That's true.  That is good.  That's
10   great.  This paragraph refers to your objections to
11   the masking and testing requirements, and it talks
12   about how you have an objection for the reasons that
13   we just talked about, and because they're
14   unreasonable, and do you have any other objections
15   to the masking and testing requirements besides the
16   unreasonableness and the minimal risk of
17   complications listed here?
18        A    Do I have -- sorry.  Can you state that
19   one more time?
20        Q    Sure.  Besides the objections that are
21   listed here that you believe the masking and testing
22   requirements be unreasonable and that there is
23   minimal risks from COVID for people in your age
24   group, do you have any other objections to the
25   masking and testing requirements?

Page 84

1         A    Yes, I do.
2         Q    Are they objections that we've talked
3    about today or are they other objections?
4         A    They are objections that we've talked
5    about today.  It's about the culture that goes along
6    with those tests -- masking and testing mandates.
7    The culture of, you know, students -- I mean, IU has
8    set up a -- has a -- has a form that you can fill
9    out if you find someone in noncompliance.  Yes, I
10   have an objection based to the mandate itself, to
11   the fact that it -- that there's severe punitive --
12   punitive consequences attached to violating this
13   mandate.  I object to the -- I mentioned the
14   culture, the culture of fear of tattle-telling on
15   other people.  It has changed campus life.  We do --
16   students do not trust each other like they used to
17   which is unfortunate.  I also object to the fact
18   that such a culture has created an environment where
19   people feel free to ask each other if they've gotten
20   the vaccine which is private medical information.  I
21   object to -- yeah.  I have a lot of objections
22   wrapped up into that one.
23        Q    Okay.  Do you have any religious objection
24   to masking?
25        A    Yes.

Page 85

1    Q    What is that?
2        MS. SIEBERT: Objection. You're asking
3    about her specific religious beliefs. That's beyond
4    the constitutional bounds of what you can ask.
5        MS. GUTWEIN: Are you instructing her not
6    to answer, Melena?
7        MS. SIEBERT: I am.
8    Q    (BY MS. GUTWEIN) Why didn't you include
9    your religious objections when you listed your other
10   objections here to masking?
11   A    I'm sorry. Can you -- can you -- when you
12   say, "here," that's the part I'm not sure about.
13   What do you mean?
14   Q    Sure. In paragraph 192.
15   A    Okay. So you're referring to the written,
16   not the spoken?
17   Q    Yes.
18   A    I actually want to take a moment just to
19   look through my comments, if that's okay.
20   Q    Sure.
21   A    Because I do -- yeah. I want to look for
22   a moment. Okay. My statement reflects my general
23   position, which is that I prefer to speak of my
24   objection -- even though I have religious
25   objections, I still prefer to speak of my objection

Page 86

1    in terms -- in medical terms.
2    Q    Did you have a sincerely held religious
3    objection to masking over the last school year?
4    A    Yes.
5    Q    Do you have a sincerely held religious
6    objection to testing?
7    A    Yes.
8    Q    Did you have that objection over the last
9    school year?
10   A    Yes.
11   Q    So is it correct that you've had a
12   sincerely held religious objection to masking even
13   when you've been at home in Tulsa and opted to wear
14   a mask?
15   A    Yes.
16   Q    Okay. If the court --
17   A    And where allowed -- where allowed, I
18   would not wear a mask.
19   Q    Sure. Okay. If the court were to decide
20   that IU can maintain its policies that you're
21   challenging, what will you do for the fall 2021
22   semester?
23   A    I prefer to cross that bridge when I --
24   after hearing the court's decision.
25   Q    So is your testimony that you don't know

Page 87

1    what you will do if the court allows IU to continue
2    with its policies?
3    A    Yes. Wait a minute. I'm sorry. What was
4    your question?
5    Q    I asked you what you will do if the court
6    allows IU to continue with its policies.
7    A    Uh-huh.
8    Q    And you said you'd rather cross that
9    bridge once the court has issued its opinion.
10   A    Uh-huh.
11   Q    So I'm asking, does that mean you don't
12   know what you will do if IU can continue with its
13   COVID policies?
14   A    Not concretely, no.
15   Q    Is it possible that you will decide to
16   continue studying at IU even if you have to wear a
17   mask and participate in testing in the fall?
18   A    It is possible, but only -- only because
19   I've sunk seven years into this degree. I cannot
20   just transfer to another school and pick up where I
21   started -- pick up where I left off. Doctoral
22   programs do not work that way.
23   Q    And I commend you for all of the work that
24   you've done. That is real commitment.
25   A    Thank you.

Page 88

1    Q    Yeah.
2    A    Yeah. I'm a year away from being able to
3    conduct the rest of my research away from campus,
4    so, yeah.
5    Q    You see the light at the end of the
6    tunnel?
7    A    It's getting closer.
8        MS. GUTWEIN: Yeah. Melena, I think I
9    have no further questions.
10       MS. SIEBERT: Thanks, Stephanie.
11           CROSS-EXAMINATION
12   BY MS. SIEBERT:
13   Q    Jaime, I just have a couple of just
14   follow-up questions, and I was a band geek, but I
15   twirled a flag, so I don't -- my musical talent is
16   limited to that.
17   A    How fun.
18   Q    So I'm going to base some music questions
19   here on probably some stupidity honestly about it,
20   but I know you mentioned that one of the effects,
21   harms, that you -- you testified that one of the
22   harms you felt from having to wear the mask was that
23   it was hard to breathe; is that correct?
24   A    Yes. Absolutely.
25   Q    Is that especially true when you're

Page 89

1 playing the organ?
2    A   Yes.
3    Q   Okay.
4    A   I had a professor -- my professor -- one
5 of my professors gave a recital in March, and she
6 had asked if she could perform it without wearing
7 the mask, and she was told no even though she was
8 the only person in the room other than the sound guy
9 who came in every so often.  And so we all watched
10 it live stream, and she told me she was struggling
11 to breathe, and you could see that her glasses were
12 fogging up.  So, yes, it was a hardship for her, and
13 I can see that.  Like, I already have a struggle,
14 you know, a struggle with it, yes.  I'm not -- I
15 don't want to have to give my recital under those
16 conditions.  Other people at IU don't have to wear
17 masks when they perform.  Football -- football --
18 excuse me, basketball players aren't doing it.  I
19 don't see why musicians have to.  We are -- the
20 organ loft is feet, feet away from other people in
21 the room, and we don't even fill, like, the concert
22 hall to capacity.  Sorry.  That's a long answer to
23 your question, but --
24    Q   No.  I learned a lot about organ playing
25 quite honestly there.  So I just, you know, I can

Page 90

1 envision -- you know, my husband was a trumpet
2 player, so I can envision how it would be hard, you
3 know, that breath and so forth is more intricate and
4 involved with that kind of music playing, but I was
5 just wondering how that impacted organ playing, so
6 to speak.
7    A   Yes.  Organ playing -- we don't think of
8 musicians as being athletes, but we definitely are.
9    Q   Yeah.
10    A   An organist especially because we use our
11 whole body.  We play with our feet, too, so we're
12 using all of our extremities to be very precise.
13 Yeah.
14    Q   So is it --
15    A   So the precision again is part of the
16 culture of music now, and that can create extra
17 stress which impacts everything, your cortisol
18 response, your heart rate, your breathing, yeah.
19    Q   Okay.  So is it fair, then, to say that if
20 you are required to wear a mask in the fall during
21 your recitals and any other organ practicing or
22 whatever that you're doing on campus, that that
23 would impact your education negatively?
24       MS. GUTWEIN:  Objection.  Leading.
25    Q   (BY MS. SIEBERT)  How would it impact your

Page 91

1 education to wear a mask in the fall?
2       THE REPORTER:  I'm sorry.  Was there an
3 answer to the previous question?
4       THE WITNESS:  No.
5       MS. SIEBERT:  Sorry, Luke.  We got ahead
6 of you, there.  No.  I believe -- Stephanie, do you
7 want to repeat your objection just so we can clarify
8 for Luke?  Sorry.
9       MS. GUTWEIN:  That's okay.  For the
10 question that was unanswered, Luke, my objection was
11 leading.
12    Q   (BY MS. SIEBERT)  Okay.  And, Jaime, I'd
13 like to rephrase that.  So can you tell me what kind
14 of impact you think having a mask would have on your
15 education this next year?
16    A   Okay.  On my education?
17    Q   Yes.
18    A   Having a mask would -- it would cause
19 physical harm in highly -- in high performance
20 situations by limiting the amount of oxygen I can
21 take in, especially during performances when -- when
22 I need as much oxygen as possible to perform at my
23 very best.  I actually -- I saw my professor's
24 recital.  She made more mistakes than she ever does.
25 She's a very precise person, and I'm concerned

Page 92

1 that -- and I'm concerned that that could happen to
2 me as well simply because I can't get the oxygen I
3 need to function properly at the level that Jacobs
4 requires.  It's one of the best music schools in the
5 world.  So -- so their standards are -- so they have
6 very high standards.
7    Q   Jaime, just curious.  What do you want to
8 do with your -- your degrees, your Ph.D. and your
9 doctorate, after?  Do you want to teach or perform
10 or what do you want to do?
11    A   Probably a combination of those things.
12 Perhaps also work in the music industry since I'm
13 very interested in music ownership.
14       MS. SIEBERT:  Very cool.  I have no
15 musical talent, so I'm impressed.  So that's it for
16 me.
17       MS. GUTWEIN:  I have no further questions.
18       THE REPORTER:  Does the witness want to
19 read and sign?
20       MS. SIEBERT:  Yes, please.
21       MS. GUTWEIN:  Can we go off the record?
22       THE REPORTER:  We are off the record.
23    (Deposition concluded at 2:55 p.m. CST)
24
25

23 (Pages 89 to 92)

## Page 93

```
 1              JURAT
 2    KLAASEN, ET AL. VS. TRUSTEES OF INDIANA UNIVERSITY
 3         I, Jaime Carini, do hereby state under
 4    oath that I have read the above and foregoing
 5    deposition in its entirety and that the same is a
 6    full, true and correct transcription of my testimony
 7    so given at said time and place.
 8
 9
10         _____
11    Signature of Witness
12
13
14         Subscribed and sworn to before me, the
15    undersigned Notary Public in and for the State of
16    _____ by said witness, Jaime Carini, on this
17    _____day of_____, 2021.
18
19
20
21         _____
22    NOTARY PUBLIC
23    MY COMMISSION EXPIRES:_____
24    JOB FILE #151678
25
```

## Page 94

```
 1              ERRATA SHEET
 2    KLAASEN, ET AL. VS. TRUSTEES OF INDIANA UNIVERSITY
 3         DEPOSITION OF JAIME CARINI
 4    REPORTED BY: D. LUKE EPPS, CSR, RPR
 5    DATE DEPOSITION TAKEN: JUNE 1, 2021
 6         JOB FILE NO. 151678
 7    PAGE  LINE      IS         SHOULD BE
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22    _____
23    _____
24    _____
25    _____
```

## Page 95

```
 1              CERTIFICATE
 2
 3         I, D. Luke Epps, Registered Professional
 4    Reporter, and Certified Shorthand Reporter, do
 5    hereby certify that prior to the commencement of the
 6    examination, Jaime Carini was duly remotely sworn by
 7    me to testify to the truth, the whole truth and
 8    nothing but the truth.
 9         I DO FURTHER CERTIFY that the foregoing is
10    a verbatim transcript of the testimony as taken
11    stenographically by me at the time, place and on the
12    date hereinbefore set forth, to the best of my
13    ability.
14         I DO FURTHER CERTIFY that I am neither a
15    relative nor employee nor attorney nor counsel of
16    any of the parties to this action, and that I am
17    neither a relative nor employee of such attorney or
18    counsel, and that I am not financially interested in
19    the action.
20
21
22
23         _____
24    D. Luke Epps, CSR, RPR
25    Dated:  June 8, 2021
```