

## COVID-19 Vaccine Plan

Lana Dbeibo, MD

Assistant Professor of Clinical Medicine
Medical Director Infection Prevention - IU Health Methodist Hospital
Division of Infectious Diseases
Indiana University School of Medicine

INDIANA UNIVERSITY

EXHIBIT

308

IU_00001140

# Vaccine administration updates

2

IU_00001141

# Vaccine updates

1. More than 2.62B doses administered globally

2. Variants:

   – Delta variant predominant in UK, Russia, Portugal

   – Delta variant ~10% of cases in US, doubling q 2 weeks and anticipated to become predominant soon

   – Lambda named a variant of interest per WHO, rising in South America

3. Household contacts

4. Transplant patients

 INDIANA UNIVERSITY

IU_00001142



Data will be regularly updated on Monday, Wednesday and Friday
Doses distributed are cumulative counts of COVID-19 vaccine doses recorded as shipped in the Centers for Disease Control and Prevention's (CDC) Vaccine Tracking System (VTrckS) since December 13, 2020.
Long-term care facility (LTCF) data is a subset of the overall national data, specific to the Federal Pharmacy Partnership for Long-term Care (LTC) Program, and primarily includes skilled nursing and assisted living facilities. Doses distributed refers to doses distributed to pharmacy partners to administer onsite at LTCFs, and people initiating vaccination (1st dose received) includes both LTCF residents and staff vaccinated through the program. This data does not include doses distributed and administered to LTCF residents and staff outside the Federal Pharmacy Partnership Program. Vaccine administration through the federal program launched nationally on December 21st for Pfizer vaccine and on December 28th for Moderna vaccine. As of December 29, 2020, a total of 52 jurisdictions have started the program. Program start dates vary based on the jurisdiction. A difference between the number of doses distributed to pharmacy partners and the number of people initiating vaccination is expected because jurisdictions are transferring doses to pharmacy partners in advance to prepare for vaccination clinics in subsequent weeks.

IU_00001143





13 states only worse than us in fully vaccinated

IU_00001145



### Indiana COVID-19 Vaccination Dashboard

Updated Monday though Saturday at 12:00 PM EST. Data current as of 06/19/2021 at 5:00 AM EST

**Total Breakthrough Cases**

Breakthrough cases are updated Thursdays at 12:00 PM EST and reflect data through the previous Thursday.

| Total Count of Breakthrough Cases | Breakthrough Cases as a Percent of Fully Vaccinated |
|---|---|
| **2,213** | **0.082%** |
| Total number of individuals testing positive for COVID-19 at least 14 days after their final dose (or single-dose) vaccination. | Percent of vaccinated individuals testing positive for COVID-19 at least 14 days after their final dose (or single-dose) vaccination. |

*All numbers are provisional and reflect only those reported to IDOH. Numbers should not be characterized as a comprehensive total and may change as more data is reported.*

**Ⅱ** INDIANA UNIVERSITY

IU_00001146

# IU Vaccination Updates

IU_00001147

## IU Vaccination Clinics

Total doses given = 44373

– IUB Closed (closed) = 17405

– IUB Open (ongoing) = 39108

– IUPUI Closed (ongoing) = 5265

– IUK planning on two days of J&J with Howard Co July 1st and August 2nd

**Redacted**

 INDIANA UNIVERSITY

IU_00001148

