UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RYAN KLAASSEN, JAIME CARINI, D.J.B., by and though his next friend and father, DANIEL G. BAUMGARTNER, ASHLEE MORRIS, SETH CROWDER, MACEY POLICKA, MARGARET ROTH, and NATALIE SPERAZZA, <br><br>Plaintiffs, <br><br>vs. <br><br>TRUSTEES OF INDIANA UNIVERSITY <br><br>Defendant. | Case No. 1:21-cv-00238 |

EXHIBIT 321

**PLAINTIFFS' DEPOSITION TESTIMONY RELEVANT TO**
**STANDING AND ALLEGED IRREPARABLE HARM**

| PLAINTIFF | VACCINE EXEMPTION STATUS | BASIS FOR OBJECTION TO EXTRA REQUIREMENTS | ALLEGED HARM FROM MASKING | PAST MASKING EXPERIENCE | ALLEGED HARM FROM TESTING | PAST COVID TESTING EXPERIENCE |
|---|---|---|---|---|---|---|
| Baumgartner <br><br> Ex. 122 | Religious exemption granted <br><br> Compl. ¶ 196 | Religious Practical <br><br> Compl. ¶ 197, 42:5-14 | 33:23-39:18 | 18:16-21:10 | 37:19-39:10; 39:19-40:10 | 26:22-24 |
| Carini <br><br> Ex. 121 | Religious exemption granted, would prefer medical <br><br> Compl. ¶ 194 | Religious Unreasonable <br><br> Compl. ¶ 192; 86:2-86:18 | 47:18-55:2; 86:25-87:22; 90:19-92:6 | 43:17-45:6; 47:9-12 | 55:3-56:25; 86:25-87:22 | 40:20-41:19; 45:7-47:8; 74:9-75:16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Crowder Ex. 124 | Religious exemption granted Compl. ¶ 205 | Religious Compl. ¶ 206 | 30:6-31:7; 31:21-39:8; 17:8-13 | 21:20-23:9 | 39:17-41:2; 41:23-42:10 | 26:3-4 |
| Klaassen Ex. 120 | Religious exemption granted Compl. ¶ 180 | Unreasonable Compl. ¶ 181 | 36:1-41:19; 46:22-48:3 | 27:1-7 | 32:3-33:2 | 27:13-29:2 |
| Morris Ex. 123 | Religious exemption granted Compl. ¶ 201 | Religious Unfair Unnecessary Health Concerns Compl. ¶ 202 45:8-52:2; 68:20-73:15 | 16:7-23; 38:12-43:9; 58:12-64:7 | 20:14-21:7; 35:14-38:11; 57:3-15 | 35:11-13; 79:16-81:20 | 26:5-2-34:2 34:12-35:10 |
| Policka Ex. 125 | Religious exemption granted Compl. ¶ 207 | Unfair Unreasonable Compl. ¶ 208 22:20-23:5; 26:18-28:21 | 25:2-10; 26:12-17; 35:20-36:11; 36:17-21; 40:23-42:20; 45:19-46:5; 46:22-47:4 | 17:6-18:16; 19:2-12 | 15:6-16:18; 25:11-14; 26:12-17; 36:6-11; 36:17-21 | 15:6-17:5 |
| Roth Ex. 126 | Has sincerely held religious objection; has not sought exemption Compl. ¶ 213 45:12-46:9 | Health Concerns Compl. ¶ 212 46:23-47:10 | 27:3- 28:13; 29:22-31:3; 34:7-35:13; 49:5-51:2 | 31:12-34:10 | Compl. ¶ 211 35:14-36:24; 38:16-39:1 | 37:19-20 |
| Sperazza Ex. 127 | Does not qualify 15:21-16:23 | Unreasonable Health Concerns Compl. ¶ 216 | 34:2-36:10; 55:13-56:16; 66:5-10 | 13:9-24; 29:20-32:10 | 38:16-39:12; 40:6-17; 40:22-41:20; 66:11-14 | 24:10-28:7 |