**United States District Court**
**Northern District of Indiana**

| | |
|---|---|
| **Ryan Klaassen, Jaime Carini, Daniel J. Baumgartner, Ashlee Morris, Seth Crowder, Macey Policka, Margaret Roth,** and **Natalie Sperazza**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **The Trustees of Indiana University**, <br><br> *Defendants*. | **Civ. No.   1:21-cv-238-DRL-SLC** |

# Notice of Appeal

Notice is hereby given that Plaintiffs in the above named case hereby appealed to the United States Court of Appeals for the Seventh Circuit.

Appellants include: Ryan Klaassen, Jaime Carini, Daniel J. Baumgartner, Ashlee Morris, Seth Crowder, Macey Policka, Margaret Roth, and Natalie Sperazza.

Judgment appealed: Opinion & Order Denying Injunction (ECF 34), entered in this action on the 18th day of July, 2021.

Dated: July 20, 2021

Respectfully Submitted,
/s/ James Bopp, Jr.
James Bopp, Jr., Ind. Bar No. 2838-84
Richard E. Coleson, Ind. Bar No. 11527-70
Courtney Milbank, Ind. Bar No. 32178-29
Melena S. Siebert, Ind. Bar No. 35061-15
THE BOPP LAW FIRM
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
jboppjr@aol.com
rcoleson@bopplaw.com
cmilbank@bopplaw.com
msiebert@bopplaw.com
*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that a copy of the foregoing document was served on all counsel of record in this matter on July 20, 2021, via the Court's electronic filing system.

/s/ James Bopp, Jr.

**Notice of Appeal** -2-