**United States District Court**
**Northern District of Indiana**

| | |
|---|---|
| **Ryan Klaassen, Jaime Carini, Daniel J. Baumgartner, Ashlee Morris, Seth Crowder, Macey Policka, Margaret Roth,** and **Natalie Sperazza**,<br><br>  *Plaintiffs*,<br><br>v.<br><br>**The Trustees of Indiana University**,<br>  *Defendants*. | **Civ. No.   1:21-cv-238-DRL-SLC** |

# Docketing Statement

Pursuant to Cir. Rules 3(c) and 28(a), Plaintiffs-Appellants Ryan Klaassen, Jaime Carini, Daniel J. Baumgartner, Ashlee Morris, Seth Crowder, Macey Policka, Margaret Roth, and Natalie Sperazza file this *Docketing Statement*.

Prior appeals: None.

Related appeals: None.

Sufficiently related appeals: None.

Prior litigation in the district court: None.

Counsel of Record:

> James Bopp Jr. (Counsel of Record)
> Richard E. Coleson
> Courtney Turner Milbank
> Melena S. Siebert
> 1 South Sixth Street, Terre Haute IN 47807
> jboppjr@aol.com
> rcoleson@bopplaw.com
> cmilbank@bopplaw.com
> msiebert@bopplaw.com

**Docketing Statement**

Plaintiffs-Appellants' Jurisdictional Statement: Plaintiff-Appellants challenged Indiana University's Vaccine Mandate under the Fourteenth Amendment to the United States Constitution and the district court had jurisdiction under 28 U.S.C. §§ 1331 and 1343(a), and 28 U.S.C. §§ 2201 and 2202. Plaintiffs-Appellants filed a Motion for Preliminary Injunction, which the District Court denied on July 18, 2021. Apart from the claims at issue in this appeal for which an injunction is sought, no other claims or parties remain in the district court. Plaintiffs-Appellants timely filed a Notice of Appeal on July 20, 2021. This Court has jurisdiction under 28 U.S.C. § 1292. Defendant, The Trustees of Indiana University, is a body politic, located in Indiana. It is the governing body, legal owner, and final authority of Indiana University.

Dated: July 20, 2021                           Respectfully Submitted,

/s/ James Bopp, Jr.
James Bopp, Jr., Ind. Bar No. 2838-84
Richard E. Coleson, Ind. Bar No. 11527-70
Courtney Milbank, Ind. Bar No. 32178-29
Melena S. Siebert, Ind. Bar No. 35061-15
THE BOPP LAW FIRM
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
jboppjr@aol.com
rcoleson@bopplaw.com
cmilbank@bopplaw.com
msiebert@bopplaw.com
*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that a copy of the foregoing document was served on all counsel of record in this matter on July 20, 2021, via the Court's electronic filing system.

/s/ James Bopp, Jr.