UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **Ryan Klaassen, et. al.** | ) |
| | ) |
|     **Plaintiffs** | ) |
| | ) |
|     v. | )   CAUSE NO. 1:21-cv-238-DRL-SLC |
| | ) |
| **The Trustees of Indiana University** | ) |
| | ) |
|     **Defendant.** | ) |

**NOTICE OF PRELIMINARY PRETRIAL CONFERENCE**
(Judge Damon R. Leichty)

In accordance with the Fed. R. Civ. P. 16 and N.D. Ind. L.R. 16-1(b), this case is set for a telephonic Preliminary Pretrial Conference with Magistrate Judge Susan Collins on September 28, 2021 at 10:30 am (local time). Parties are to participate by counsel of record unless proceeding *pro se*. The Court will initiate the call using the telephone number appearing on the docket.

Counsel shall indicate whether their clients are willing to consent to transfer this case to a Magistrate Judge for all purposes, including trial, by either executing and submitting the Court's consent form ("Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction") or orally informing the Court of their consent at the preliminary pretrial conference.

At the preliminary pretrial conference, counsel shall be prepared to address the following:

(1) A proposed discovery plan under Fed. R. Civ. P. 26(f), to be filed **three business days** before the preliminary pretrial conference. Counsel are directed to the Court's website for a suitable form of report and discovery plan ("Report of the Parties' Planning Meeting"). At the conference, the Magistrate Judge will approve or modify the parties' Rule 26(f) plan. The Magistrate Judge will also address matters listed in Fed. R. Civ. P. 16(b) and (c).

(2) Consideration of the various forms of Alternative Dispute Resolution ("ADR") available,[1] including mediation. If mediation is selected, the parties shall identify the mediator, and in the event counsel cannot agree on a mediator, then the Court will make the selection. Counsel may review the list of mediators located on the Court's website at *innd.uscourts.gov*, under *Info/Forms*, prior to the preliminary pretrial conference.

Entry Date: <u>August 23, 2021</u>

                                                                 <u>/s/ Susan Collins</u>
                                                                  Susan Collins
                                                                  United States Magistrate Judge

---

[1] The attention of counsel is specifically directed to the Court's ADR Pamphlet located on the Court's website.