AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RYAN KLAASSEN;
JAIME CARINI;
D.J.B. next friend Daniel G Baumgartner;
ASHLEE MORRIS;
SETH CROWDER;
MACEY POLICKA;
MARGARET ROTH;
NATALIE SPERAZZA

*Plaintiff(s)*

v.                                         Civil Action No.     1:21cv238

THE TRUSTEES OF INDIANA UNIVERSITY
*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐  the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____ % along with costs.

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X**  Other: In accordance with the Court of Appeals' order and instructions, this case is DISMISSED AS MOOT.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty.

DATE: February 22, 2022  GARY T. BELL, CLERK OF COURT

by s/ D. Kirkwood
*Signature of Clerk or Deputy Clerk*